# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### *Northern Division*

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. FOR ITS OWN ACCOUNT AS CONSIGNEE OF CERTAIN CARGO, AND AS AUTHORIZED AGENT FOR GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, AND FUSION WOOD PRODUCTS, <br><br> Plaintiffs <br><br> v. <br><br> M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem*, <br> RATU SHIPPING CO. SA, <br> NISSHIN SHIPPING CO LTD, and <br> FLEET MANAGEMENT LTD-HKG, *in personam*, <br><br> Defendants | CIVIL NO. |

## MOTION FOR ORDER DIRECTING ISSUANCE OF A WARRANT OF ARREST

Plaintiff, Hawthorne Industrial Products Inc. (Hawthorne"), for its own account as consignee of certain cargo, and as authorized agent for intended receivers, Genesis Products Inc., Great Lakes Lamination, Great Lakes Forest Products, and Fusion Wood Products, hereby moves this Court pursuant to the Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule C, for an Order directing the Clerk to issue a warrant for the arrest of the M/V TAC IMOLA, its engines, tackle, furniture, apparel, permits, etc., *in rem* ("Vessel"). Plaintiff is entitled to proceed with a maritime warrant

of arrest of the vessel pursuant to Supplemental Rule C, for the reasons set forth in the Verified Complaint filed herewith.

The Vessel is located within, and is expected to remain in, this District. In further support of this Motion, Plaintiff submits a draft Order for the Court's consideration.

**WHEREFORE**, Plaintiff respectfully requests this Court to grant its Motion and direct the clerk to issue a warrant for the arrest of the M/V TAC IMOLA.

Dated: 6/6/2022

                                /s/
James W. Bartlett, III, Esquire
Federal Bar Number 00017
Imran O. Shaukat, Esquire
Federal Bar Number 30134
Semmes, Bowen & Semmes
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
Phone: (410) 539-5040
Facsimile: (410) 539-5223
jbartlett@semmes.com
ishaukat@semmes.com

*Attorneys for Plaintiff*
HAWTHORNE INDUSTRIAL PRODUCTS, INC.

Of Counsel:

Robert E. O'Connor
Vincent M. DeOrchis
Alfred Kuffler
Wook Chung
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue
New York, NY 10022
Tel: 212-551-7732
Fax: 212-201-1939