IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. FOR ITS OWN ACCOUNT AS CONSIGNEE OF CERTAIN CARGO, AND AS AUTHORIZED AGENT FOR GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, AND FUSION WOOD PRODUCTS, <br><br> Plaintiffs <br> v. <br><br> M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem*, RATU SHIPPING CO. SA, NISSHIN SHIPPING CO LTD, and FLEET MANAGEMENT LTD-HKG, *in personam*, <br><br> Defendants | CIVIL NO. |

## MOTION TO APPOINT SUBSTITUTE CUSTODIAN

Plaintiff, Hawthorne Industrial Products Inc. ("Hawthorne"), for its own account as consignee of certain cargo, and as authorized agent for intended receivers, Genesis Products Inc., Great Lakes Lamination, Great Lakes Forest Products, and Fusion Wood Products, by its undersigned counsel, moves for appointment of a temporary substitute custodian for the M/V TAC IMOLA after it is arrested by the U.S. Marshal, pursuant to the Verified Complaint, and respectfully states:

1. Plaintiff has filed a Complaint herein seeking issuance of a Warrant of Arrest pursuant to Supplemental Rules for Admiralty or Maritime Claims Rule C, for arrest of the M/V TAC IMOLA. The Court has issued an Order authorizing the Clerk to issue a Warrant of Arrest for the M/V TAC IMOLA, and the Clerk has issued a Warrant of Arrest, ordering the Marshal to arrest and take the vessel into custody and to detain the same until further Order of the Court.

2. Upon information and belief, the M/V TAC IMOLA is in the Port of Baltimore to discharge cargo at Pier 11, Canton, 3800 Newgate Avenue, Baltimore, MD 21224.

3. It is believed that the vessel is currently in the custody of a competent Master employed by the owners of the vessel, with knowledge and familiarity of the M/V TAC IMOLA and the requirements for its safekeeping.

4. In the interest of assuring that the vessel remains in the hands of a competent person and for the convenience of the vessel, the Plaintiff wishes for now to have the vessel's Master be appointed as Substitute Custodian of the vessel.

5. Plaintiff has provided a security deposit to the U.S. Marshal in the amount of $3,000.

6. It is requested that the Substitute Custodian be granted authority to move the vessel, with the permission of the U.S. Marshal, so long as it stays within this District and the jurisdiction of this Court.

7. Plaintiff agrees to release the United States and the Marshal from any and all liability and responsibility arising out of care and custody of the M/V TAC IMOLA, from the time the Marshal transfers custody of the vessel over to said substitute custodian, and further agrees to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the Substitute Custodian's possession and safekeeping of the vessel.

WHEREFORE, Plaintiff prays that the Court Order that the Master of M/V TAC IMOLA be appointed Custodian of the vessel to retain the same in his custody for possession and safekeeping subject to further order of the Court.

Date: June 6, 2022

Respectfully submitted:

_____/s/_____

James W. Bartlett, III, Esquire
Federal Bar Number 00017
Imran O. Shaukat, Esquire
Federal Bar Number 30134
Semmes, Bowen & Semmes
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
Phone: (410) 539-5040
Facsimile: (410) 539-5223
jbartlett@semmes.com
ishaukat@semmes.com

*Attorneys for Plaintiff*
HAWTHORNE INDUSTRIAL PRODUCTS, INC.

Of Counsel:

Robert E. O'Connor
Vincent M. DeOrchis
Alfred Kuffler
Wook Chung
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue
New York, NY 10022
Tel: 212-551-7732
Fax: 212-201-1939

2789319.doc