# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### *Northern Division*

| | | |
|---|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. FOR ITS OWN ACCOUNT AS CONSIGNEE OF CERTAIN CARGO, AND AS AUTHORIZED AGENT FOR GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, AND FUSION WOOD PRODUCTS, | § § § § § § § § § | CIVIL NO. |
| Plaintiffs | § § | |
| v. | § § | |
| M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem,* RATU SHIPPING CO. SA, NISSHIN SHIPPING CO LTD, and FLEET MANAGEMENT LTD-HKG, *in personam,* | § § § § § § § § | |
| Defendants | § § | |

## MOTION TO ALLOW VESSEL TO MOVE
## WITHIN PORT AND CONTINUE CARGO OPERATIONS

On Motion of Plaintiff, Hawthorne Industrial Products Inc. ("Hawthorne"), for its own account as consignee of certain cargo, and as authorized agent for intended receivers, Genesis Products Inc., Great Lakes Lamination, Great Lakes Forest Products, and Fusion Wood Products, through its undersigned counsel, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, a warrant was issued to allow the seizure and arrest of the M/V TAC IMOLA, bearing IMO No. 9932103, and her engines, tackle, equipment, furniture, appurtenances, etc. (hereafter the "M/V TAC IMOLA").

In the interest of allowing the vessel to move one time to a safe berth or anchorage to continue conducting cargo or repair operations, Plaintiff Hawthorne moves to have this Court issue an Order allowing the vessel to move within the physical jurisdiction of this Court, but not to leave the physical jurisdiction of the Court.

Pursuant to the Local Rules of this Court, Hawthorne agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from the movement to safe berth or to conduct cargo or repair operations of the aforesaid M/V TAC IMOLA.

Date: June 6, 2022

Respectfully submitted:

_____/s/_____

James W. Bartlett, III, Esquire
Federal Bar Number 00017
Imran O. Shaukat, Esquire
Federal Bar Number 30134
Semmes, Bowen & Semmes
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
Phone: (410) 539-5040
Facsimile: (410) 539-5223
jbartlett@semmes.com
ishaukat@semmes.com

*Attorneys for Plaintiff*
HAWTHORNE INDUSTRIAL PRODUCTS, INC.

Of Counsel:

Robert E. O'Connor
Vincent M. DeOrchis
Alfred Kuffler
Wook Chung
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue
New York, NY 10022
Tel: 212-551-7732
Fax: 212-201-1939