**U.S. Department of Justice**
United States Marshals Service

# PROCESS RECEIPT AND RETURN
*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Hawthorne Industrial Products, Inc. | 1:22-CV-01376-RDB |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| M/V TAC IMOLA, etc., et al. | Warrant of Arrest |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
M/V TAC IMOLA

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
Pier 11, 3800 Newgate Ave., Baltimore, MD 21224

| SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | |
|---|---|
| James W. Bartlett, III, Esq.<br>Semmes, Bowen & Semmes<br>25 S. Charles Street, 14th Floor<br>Baltimore, MD 21201 | Number of process to be served with this Form 285 — 1 |
| | Number of parties to be served in this case — 1 |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

The vessel is berthed at Pier 11, Canton, 3800 Newgate Avenue, Baltimore, MD 21224. It you have any questions, please call Mr. Bartlett at 410-960-6209.

| Signature of Attorney other Originator requesting service on behalf of: | [X] PLAINTIFF<br>[ ] DEFENDANT | TELEPHONE NUMBER<br>510-576-4833 | DATE<br>6/6/2022 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process<br>1 | District of Origin<br>No. 37 | District to Serve<br>No. 37 | Signature of Authorized USMS Deputy or Clerk | Date<br>6/7/22 |
|---|---|---|---|---|---|

I hereby certify and return that I [X] have personally served , [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | Date<br>6/7/22 | Time<br>5:50 [ ] am [X] pm |
|---|---|---|

| Address *(complete only different than shown above)* | Signature of U.S. Marshal or Deputy |
|---|---|

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

1 car   1DUSM   14 miles
at $.585/mile
= $8.19

1 hour
at $65/hr = $65.⁰⁰

°C- BALTIMORE
'22 JUN 8 AM 10:34

Total expenses for service of process = $73.19

Form USM-285
Rev. 03/21

**U.S. Department of Justice**
United States Marshals Service

## Seized Property and Evidence Control

INSTRUCTIONS: Use Form USM-102 to record the transfer of seized property from one agency or individual to another. Maintain completed forms in the property file.

**1. DISTRICT:**

District of Maryland

**2. RECEIVED FROM (NAME AND ADDRESS):**

M/V TAC IMOLA

| **3. CASE NO.:** | **4. CASE TITLE:** |
|---|---|
| RDB-22-1376 | Hawthorne Industrial Products, Inc v M/V TAC IMOLA, etc., et al. |

**5. SUBJECT (NAME AND ADDRESS):**

M/V TAC PIER 11, 3800 NEWGATE AVENUE BALTIMORE, MD 21224

| 6. ITEM NO. | 7. QUANTITY | 8. DESCRIPTION OF ARTICLE *(Include model, serial no., identifying marks, condition, value, etc.)* | 9. STORAGE LOCATION |
|---|---|---|---|
| 1 | 1 | M/V TAC IMOLA | 3800 NEWGATE AVE BALTIMORE |
| | | | MD 21224 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

ADD ITEM

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email.

Form USM-102
Rev. 12/17

I certify that I have received and hold myself accountable for the articles listed above.

| 10. NAME: DAVID FROST | 11. TITLE: DUSM | 12. AGENCY: USMS |
|---|---|---|
| 13. SIGNATURE: | | 14. DATE: 6/7/22 |

## CHAIN OF CUSTODY

| 15. ITEM NO. | 16. DATE | 17. RELINQUISHED BY | 18. RECEIVED BY | 19. PURPOSE |
|---|---|---|---|---|
| 1 | 6/7/22 | NAME & AGENCY: David Frost USMS | NAME & AGENCY: Capt. L. Sond | Substitute custodian |
| | | SIGNATURE: | SIGNATURE: Refused to Sign | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |
| | | NAME & AGENCY: | NAME & AGENCY: | |
| | | SIGNATURE: | SIGNATURE: | |

ADD ITEM

Note: Completed forms containing personally identifiable information (PII) must be encrypted and include the appropriate marking (U/LES) in the SUBJECT line of the message prior to dissemination via email.

Form USM-102
Rev. 12/17