## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### *Northern Division*

| | | |
|---|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. FOR ITS OWN ACCOUNT AS CONSIGNEE OF CERTAIN CARGO, AND AS AUTHORIZED AGENT FOR GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, AND FUSION WOOD PRODUCTS, | § § § § § § § § § § | CIVIL NO.: 1:22-cv-01376-RDB |
| Plaintiffs | § § | |
| v. | § § | |
| M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem*, RATU SHIPPING CO. SA, NISSHIN SHIPPING CO LTD, and FLEET MANAGEMENT LTD-HKG, *in personam*, | § § § § § § § § § | |
| Defendants | § § | |

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

Upon consideration of Plaintiff, Hawthorne Industrial Products Inc.'s Motion to Appoint Substitute Custodian and the Motion for Modification of Orders to Allow Vessel to Move Within Port and Continue Cargo Operations and to Appoint Substitute Custodian, it is this 10th day of June 2022, by the United States District Court for the District of Maryland,

ORDERED, that the Marshal of the United States District Court for the District of Maryland be, and he is hereby authorized and directed upon his arrest and seizure of said Defendant, M/V TAC IMOLA, her engines, tackle, and other appurtenances, and all other

necessaries thereunto appertaining and belonging, pursuant to the Warrant of Arrest issuing in this case, to surrender the possession thereof to the Substitute Custodian named herein and that upon such surrender, the Marshal shall be discharged from his duties and responsibilities for the safekeeping of said vessel and held harmless from any and all claims arising whatever out of said substituted possession and safekeeping; and it is ORDERED, that the Master of the M/V TAC IMOLA hereby is appointed Custodian of said vessel to retain the same in his custody for safekeeping;

ORDERED, in consideration of the Court's appointment of the Master of the M/V TAC IMOLA as substitute custodian, Plaintiff agrees to release the U.S. Marshal from any and all liability and responsibility arising out of the care and custody of the M/V TAC IMOLA from the time the U.S. Marshal transfers possession of the vessel to the substitute custodian, and the Plaintiff further agrees to hold harmless and indemnify the United States and the Marshal from any and all claims whatsoever arising out of the substitute custodian's possession and safekeeping of the M/V TAC IMOLA;

ORDERED, the United States Marshal shall provide liability insurance up to the assessed value of the M/V TAC IMOLA out of the security deposit furnished by Plaintiff;

ORDERED, said substitute custodian shall retain the M/V TAC IMOLA in his custody, possession and safekeeping until further order of this Court;

ORDERED, the M/V TAC IMOLA may be moved to other berths or anchorages within this judicial district at no cost to the Plaintiff, so long as the vessel stays within the judicial district.

_____
United States District Judge
Stephanie A. Gallagher

2789324.docx