IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. FOR ITS OWN ACCOUNT AS CONSIGNEE OF CERTAIN CARGO, AND AS AUTHORIZED AGENT FOR GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, AND FUSION WOOD PRODUCTS, <br><br> Plaintiffs <br><br> v. <br><br> M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem*, RATU SHIPPING CO. SA, NISSHIN SHIPPING CO LTD, and FLEET MANAGEMENT LTD-HKG, *in personam*, <br><br> Defendants | CIVIL NO. 1:22-cv-01376-RDB |

## ORDER

Upon consideration of the Motion to Allow Vessel to Move Within Port and to Continue Cargo Operations and the Motion for Modification of Orders to Allow Vessel to Move Within Port and Continue Cargo Operations and to Appoint Substitute Custodian filed by Plaintiff, Hawthorne Industrial Products Inc. for its own account as consignee of certain cargo, and as authorized agent for intended receivers, Genesis Products Inc., Great Lakes Lamination, Great

Lakes Forest Products, and Fusion Wood Products ("Hawthorne"), and finding same well-founded, it is hereby

**ORDERED** that the M/V TAC IMOLA, bearing IMO No. 9932103 ("M/V TAC IMOLA") be allowed to move within the physical jurisdiction of this Court to a safe berth or anchorage as necessary to shift within the port or to continue conducting cargo or repair operations, at all times remaining within this District; and it is further

**ORDERED** that Hawthorne agrees to release and hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising from shifting or the movement to safe berth or to conduct repair operations of the aforesaid M/V TAC IMOLA, and all property aboard that vessel or located within this District.

Baltimore, Maryland, this __10th__ day of June, 2022.

_____
UNITED STATES DISTRICT JUDGE
Stephanie A. Gallagher

B2795440.DOCX