IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | | |
|---|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. FOR ITS OWN ACCOUNT AS CONSIGNEE OF CERTAIN CARGO, AND AS AUTHORIZED AGENT FOR GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, AND FUSION WOOD PRODUCTS, <br><br>                      Plaintiffs <br>  v. <br><br> M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem*, <br> RATU SHIPPING CO. SA, <br> NISSHIN SHIPPING CO LTD, and <br> FLEET MANAGEMENT LTD-HKG, *in personam*, <br><br>                      Defendants | § § § § § § § § § § § § § § § § § § § § § § § | CIVIL NO. 1:22-cv-01376-RDB |

**REQUEST FOR RELEASE OF VESSEL FROM ARREST**

1.      On Motion of Plaintiff, Hawthorne Industrial Products Inc. ("Hawthorne"), for its own account as consignee of certain cargo, and as authorized agent for Genesis Products Inc., Great Lakes Lamination, Great Lakes Forest Products, and Fusion Wood Products, through its undersigned counsel, pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, a warrant was issued to allow the seizure and arrest of the M/V TAC IMOLA, bearing IMO No. 9932103, and her engines, tackle, equipment, furniture, appurtenances, etc. (hereafter the "M/V TAC IMOLA").

2. On June 7, 2022, the U.S. Marshal's Service served a Warrant for Arrest *In Rem* in this action on the M/V TAC IMOLA.

3. On June 13, 2022, a letter of undertaking was issued by The Britannia Steam Ship Insurance Association of Europe securing the claim of Plaintiff conditioned to answer the judgment of the Court.

WHEREFORE, Hawthorne, pursuant to the Federal Rules of Civil Procedure and Supplemental Admiralty Rule E(5), hereby requests that the M/V TAC IMOLA be released from arrest.

Date: June 13, 2022

Respectfully submitted:

*/s/ Imran O. Shaukat*
James W. Bartlett, III, Esquire
Federal Bar Number 00017
Imran O. Shaukat, Esquire
Federal Bar Number 30134
Semmes, Bowen & Semmes
25 S. Charles Street, Suite 1400
Baltimore, Maryland 21201
Phone: (410) 539-5040
Facsimile: (410) 539-5223
jbartlett@semmes.com
ishaukat@semmes.com

*Attorneys for Plaintiff*
HAWTHORNE INDUSTRIAL PRODUCTS, INC.

Of Counsel:
Robert E. O'Connor
Vincent M. DeOrchis
Alfred Kuffler
Wook Chung
Montgomery McCracken Walker & Rhoads LLP
437 Madison Avenue
New York, NY 10022
Tel: 212-551-7732
Fax: 212-201-1939

-3-

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 13th day of June, 2022, that a copy of Plaintiff's Request for Release of Vessel from Arrest was served via this court's ECF/CM filing system.

                                  */s/ Imran O. Shaukat*
                                  Attorney for Plaintiff

B2797107.DOCX