# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. FOR ITS OWN ACCOUNT AS CONSIGNEE OF CERTAIN CARGO, AND AS AUTHORIZED AGENT FOR GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, AND FUSION WOOD PRODUCTS, § § § § § § § § § § Plaintiffs § v. § § M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem*, RATU SHIPPING CO. SA, NISSHIN SHIPPING CO LTD, and FLEET MANAGEMENT LTD-HKG, *in personam*, § § § § § § § § § § Defendants § | CIVIL NO. 1:22-cv-01376-RDB |

## **ORDER**

Upon consideration of Plaintiff's Request for Release of Vessel from Arrest, it is this ___14___ th day of June, 2022, HEREBY

ORDERED, that the M/V TAC IMOLA, bearing IMO No. 9932103, and her engines, tackle, equipment, furniture, appurtenances, etc., be and hereby is released from arrest.

_____
Judge, Stephanie A. Gallagher
United States District Court for the District of Maryland

-4-