

# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND
### OFFICE OF THE CLERK

Catherine M. Stavlas, Clerk of Court
Elizabeth B. Snowden, Chief Deputy
David E. Ciambruschini, Chief Deputy

Reply to Northern Division Address

June 14, 2022

United States Marshal Service
U.S. Courthouse
101 W. Lombard Street, Sixth Floor
Baltimore, MD 21201

    RE:    Release of: M/V TAC IMOLA, IMO No. 9932103

Dear Sir or Madam:

    This is to advise you that an order for the release of the above-referenced vessel now in your custody has <u>this</u> day been filed in Civil Action No. RDB-22-1376.

    In that there are no other outstanding claims against this vessel, please take the necessary steps to comply with this order.

    Sincerely,

    CATHERINE M. STAVLAS, CLERK

By: _____/s/_____
        H. Lee                    Deputy Clerk

Attachments

Letter to US Marshal - release of vessel (Rev. 11/1999)

Northern Division • 4228 U.S. Courthouse • 101 W. Lombard Street • Baltimore, Maryland 21201• 410-962-2600
Southern Division • 200 U.S. Courthouse • 6500 Cherrywood Lane • Greenbelt, Maryland 20770 • 301-344-0660

**Visit the U.S. District Court's Website at www.mdd.uscourts.gov**