IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. FOR ITS OWN ACCOUNT AS CONSIGNEE OF CERTAIN CARGO, AND AS AUTHORIZED AGENT FOR GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, AND FUSION WOOD PRODUCTS,<br><br>                          Plaintiffs,<br>  v.<br><br>M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc.,<br>*in rem*,<br>RATU SHIPPING CO. SA,<br>NISSHIN SHIPPING CO LTD, and<br>FLEET MANAGEMENT LTD-HKG,<br>*in personam*,<br>                          Defendants. | 22-cv-1376-RDB |

**VESSEL INTERESTS'**
**<u>MOTION TO STAY IN FAVOR OF ARBITRATION</u>**

Jack R. Daley (jdaley@bakerdonelson.com)
Geoffrey S. Tobias (gtobias@bakerdonelson.com)
Constantine Themelis (gthemelis@bakerdonelson.com)
Baker, Donelson
100 Light Street
Baltimore, MD 21202
Tel: (410) 685-1120
Fax: (410) 547-0699

*Of Counsel*
Don P. Murnane, Jr. (murnane@freehill.com)
Michael Fernandez (fernandez@freehill.com)
J. Tanner Honea (honea@freehill.com)
Michael J. Dehart (dehart@freehill.com)
Freehill Hogan & Mahar, LLP
80 Pine Street, 25th Floor
New York, NY 10005
Tel: 212-425-1900 | 212-425-1901

Ratu Shipping Co. S.A. ("Ratu" or "Owners"), having filed its restricted appearance pursuant to Supplemental Admiralty Rule E(8) and Verified Statement of Right or Interest pursuant to Supplemental Admiralty Rule C(6) with respect to the *in rem* vessel defendant M/V *Tac Imola* (the "Vessel"), files its Motion to Stay in Favor of Arbitration (the "Motion to Stay") against Plaintiff Hawthorne Industrial Products, Inc. ("Hawthorne") pursuant to Section 3 of the Federal Arbitration Act (the "FAA"), 9 U.S.C. § 3 for the following reasons:

1. As will be explained below, Hawthorne's claims against the Vessel are all subject to arbitration in Hong Kong under English Law, and the *in rem* claims against the Vessel should thus be stayed in favor of arbitration. In turn, because such claims are subject to arbitration, Section 3 of the FAA mandates that the Court issue an Order staying this matter in favor of such arbitration.

2. Owners incorporates the attached memorandum of law in support of this Motion.

WHEREFORE, for the aforementioned reasons, Owners are entitled to an Order staying this matter in favor of Hong Kong arbitration.

Respectfully submitted,


BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC



___/s/_____
**Jack R. Daley, Bar No. 29187**
Geoffrey S. Tobias, Bar No. 00301
Constantine Themelis, Bar No. 27303
Baker, Donelson
100 Light Street
Baltimore, MD  21202
Tel: (410) 685-1120
Fax: (410) 547-0699
E-mail: jdaley@bakerdonelson.com
E-mail: gtobias@bakerdonelson.com
E-mail gthemelis@bakerdonelson.com


Of Counsel:
Don P. Murnane, Jr. (murnane@freehill.com)
J. Tanner Honea (honea@freehill.com)
Michael J. Dehart (dehart@freehill.com)
Freehill Hogan & Mahar, LLP
80 Pine Street, 25th Floor
New York, NY 10005

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 17th day of June 2022 the foregoing was served on all counsel of record via ECF.

*/s/ Jack R. Daley*
_____
Jack R. Daley