IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. FOR ITS OWN ACCOUNT AS CONSIGNEE OF CERTAIN CARGO, AND AS AUTHORIZED AGENT FOR GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, AND FUSION WOOD PRODUCTS, | |
| Plaintiffs, | 22-cv-1376-RDB |
| v. | |
| M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem*, RATU SHIPPING CO. SA, NISSHIN SHIPPING CO LTD, and FLEET MANAGEMENT LTD-HKG, *in personam*, | |
| Defendants. | |

**ATTORNEY DECLARATION
AND INTRODUCTION OF EXHIBITS IN SUPPORT OF OWNER'S
MOTION TO STAY IN FAVOR OF ARBITRATION**

I, Jack R. Daley, hereby declare as follows:

1.      I am an attorney with Baker Donelson, counsel for Ratu Shipping Co. S.A. ("Ratu" or "Owners"), claimant to the *in rem* vessel defendant M/V *Tac Imola* (the "Vessel"). I am more than twenty-one years of age, am competent to make this declaration, and have personal knowledge of all facts herein.

2.      Ratu is the registered owner of the Vessel and it is located at World Trade Centre, 53rd Street, Marbella, 5th Floor, Suite 502, Panama.

3.      I submit this declaration to introduce the below-listed exhibits that are referenced in Owners' accompanying memorandum in support of Owners' Motion to Stay in Favor of Arbitration. Owners' exhibits are prefixed with the letter "O" to identify that they are being submitted by Owners.

4.      True and accurate copy of the following exhibits are attached hereto and identified below:

| Ex. No. | Description |
|---------|-------------|
| O1 | Bills of Lading issued to Hawthorne as "Consignee" |
| O2 | CONGENBILL 1994 Form |
| O3 | Booking Note Reference No. HWS20211013J DATED 13TH OCT 2021 |
| O4 | Letter of Undertaking dated June 13, 2022 |

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct. Executed this 17th day of June 2022 at Baltimore, Maryland.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC

*Jack Daley*

**Jack R. Daley, Bar No. 29187**
Geoffrey S. Tobias, Bar No. 00301
Constantine Themelis, Bar No. 27303
Baker, Donelson
100 Light Street
Baltimore, MD  21202
Tel: (410) 685-1120
Fax: (410) 547-0699
E-mail: jdaley@bakerdonelson.com
E-mail: gtobias@bakerdonelson.com
E-mail gthemelis@bakerdonelson.com

*Attorneys for Ratu Shipping Co. Ltd. ("Ratu Shipping") the Owner of the M/V TAC IMOLA*