| | |
|---|---|
| **Shipper**<br>LIANYUNGANG YUANTAI INTERNATIONAL TRADE CO.,LTD.<br>NO.1-28 TONGGUAN SOUTH ROAD LIANYUNGANG CHINA | **BILL OF LADING** BL No. HSLM01QINBAL001<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211013J DATED 13TH OCT 2021 |

**Consignee**
HAWTHORNE INDUSTRIAL PRODUCTS, INC.
9674 KILGORE ROAD, ORLANDO,
FLORIDA. 32836

**Notify address**
CARMICHAEL INTERNATIONAL SERVICE
PH# 516-837-4406 FX# 516-285-1976
YOELIP@CARMNET.COM ALECIAD@CARMNET.COM
STERLINGW@CARMNET.COM
RICKY@NEWTRADITIONSLTD.COM

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO |

**Port of discharge**
BALTIMORE, MD

| Shipper's description of goods | | Gross weight | Measurement |
|---|---|---|---|
| | | 1518000KGS | 2523.38CBM |

PO#154527/154528/154529/154530
/151517/151518/151519/151520
/151521/151522/151523/151524
/155200/155201/155202/155203
/155204/155205/155206/155207
/155208/155209/154525/154526
/154538/155212/155213/155214
/155215/155216/155217/155218
/155219/155210/155211/159872
/159873/159874/159880/159881
/159879/154531/154532/154533
/154534/154535

MDF PANELS
IN COMPLIANCE WITH TSCA TITLE VI.
THIS SHIPMENT CONTAINS NO
SOLID WOOD PACKING MATERIALS

SAY: TOTAL920CRATES ONLY
FREIGHT COLLECT

1.QUALITY,WIGHT,PACKAGE AS PER SHIPPER
2.QUALITY,STOWAGE POSITION AS PER QINGDAO TALLY
3.CONDITIONS UNKNOWN

SAY TOTAL NINE HUNDRED AND TWENTY ONLY.

(of which          on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per CHARTER PARTY dated ..............<br><br>FREIGHT ADVANCE.<br>Received on account of freight:<br><br>Time used for loading      days      hours. | **SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br>Weight, measure, quality, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.<br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| Freight payable at | Place and date of issue<br>QINGDAO 2021-11-25 |
|---|---|
| Number of original Bs/L<br>THREE (3) | Signature<br>AS AGENT FOR AND ON BEHALF OF THE MASTER:LI SONG OF M/V TAC IMOLA<br><br>振华国际船务代理（青岛）有限公司<br>ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO.,LTD.<br>(1)<br><br>AS AGENT FOR THE CARRIER OF B/L TITLE |

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253 Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council (BIMCO),Copenhagen.

| | |
|---|---|
| **Shipper**<br>LIANYUNGANG YUANTAI INTERNATIONAL TRADE CO.,LTD.<br>NO.1-28 TONGGUAN SOUTH ROAD LIANYUNGANG CHINA | **BILL OF LADING** BL No. HSLM01QINBAL002<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211013J DATED 13TH OCT 2021 |
| **Consignee**<br>HAWTHORNE INDUSTRIAL PRODUCTS, INC.<br>9674 KILGORE ROAD, ORLANDO,<br>FLORIDA. 32836 | |
| **Notify address**<br>CARMICHAEL INTERNATIONAL SERVICE<br>PH# 516-837-4406 FX# 516-285-1976<br>YOELIP@CARMNET.COM ALECIAD@CARMNET.COM<br>STERLINGW@CARMNET.COM<br>RICKY@NEWTRADITIONSLTD.COM | ORIGINAL |
| **Vessel** TAC IMOLA H2201 | **Port of loading** QINGDAO |
| **Port of discharge** BALTIMORE, MD | |

**Shipper's description of goods**

PO#154506/159609/159610/159611
/159612/159613/159614/159615
/159605/159606/159607/159608
/152011/152012/152013/158817
/158818/158819/158820/158821
/158822/158823/158824/160051
/158814/158816/160054/160055
/160056/160057/160058/160059
/160060/160061/160062/160063
/160064/159619/159620/159621
/159622/159623/153204/153205
/153206/153207/153208/159616
/157200/157201/159624/154498
/154499/154500/159627/159625
/159626/159742/159743

PINUS SYLVESTRIS PLYWOOD
IN COMPLIANCE WITH TSCA TITLE VI.
THIS SHIPMENT CONTAINS NO
SOLID WOOD PACKING MATERIALS
SAY: TOTAL 1260CRATES ONLY
FREIGHT COLLECT

1.QUALITY,WIGHT,PACKAGE AS PER SHIPPER
2.QUALITY,STOWAGE POSITION AS PER QINGDAO TALLY
3.CONDITIONS UNKNOWN

**Gross weight** 1987000KGS  **Measurement** 3406.03CBM

SAY TOTAL ONE THOUSAND TWO HUNDRED AND SIXTY ONLY.

(of which          on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per CHARTER PARTY dated ................

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading        days        hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue<br>QINGDAO 2021-11-25 |
|---|---|
| Number of original Bs/L<br>THREE (3) | Signature<br>AS AGENT FOR AND ON BEHALF OF<br>THE MASTER: : LI SONG OF M/V TAC IMOLA<br>振华国际船务代理（青岛）有限公司<br>ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO.,LTD.<br>(1)<br>AS AGENT FOR THE CARRIER OF B/L TITLE |

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253 Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council (BIMCO),Copenhagen.

| | |
|---|---|
| Shipper<br>LIANYUNGANG YUANTAI INTERNATIONAL TRADE CO.,LTD.<br>NO.1-28 TONGGUAN SOUTH ROAD LIANYUNGANG CHINA | **BILL OF LADING** BL No. HSLM01QINBAL003<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211013J DATED 13TH OCT 2021 |

Consignee
HAWTHORNE INDUSTRIAL PRODUCTS, INC.
9674 KILGORE ROAD, ORLANDO,
FLORIDA. 32836

Notify address
CARMICHAEL INTERNATIONAL SERVICE
PH# 516-837-4406 FX# 516-285-1976
YOELIP@CARMNET.COM ALECIAD@CARMNET.COM
STERLINGW@CARMNET.COM
RICKY@NEWTRADITIONSLTD.COM

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO |

Port of discharge
BALTIMORE, MD

| Shipper's description of goods | | Gross weight | Measurement |
|---|---|---|---|
| PO#157322/158656/158657/158658/158659/158660/158661/158668/158669/15867<br>0/158671/158672/158697/158698/157347/157348/158693/158694/158695/158696<br>/158728/152203/152207/158632/158633/158634/158635/158621/158622/158623<br>/158642/158643/158644/158645/158646/158647/158648/158649/158650/158651<br>/158652/158653/158654/158655/157319/157320/157321/158630/158631/159999<br>/160000/155467/158705/158706/158707/158708/158709/158710/158711/158712<br>/158713/158714/158715/158716/158717/158718/157388/157389/157390/157391<br>/158720/158721/158722/159936/159937/159938/159939/159940/150000/157331<br>/158723/157339/157340/157341/159921/159922/159958/159963/160008/157323<br>/159986/159988/159994/158724/158667/157329/157330/158673/158674/158675<br>/158676/158677/157353/157354/157355/157356/157357/157358/157359/157360<br>/157370/157371/157372/157373/157374/157375/157376/157377/160009/160010<br>/160011/160012/160013/160014/157393/157394/157395/157308/157309/148959<br>/148960/148961/148962/158636/158637/158678/158679/158680/158681/157335<br>/157336/158688/158689/158690/157361/157362/158729/158730/158731/159970<br>/157379/157380/157381/157382/157383/157396/158638/155399/158624/153500<br>/153501/153502/157337/157338/158639/159941/159942/158640/158641/159989<br>/159990/158726/158727/157078/159991/159992/159993/157324/157325/158666 | PINUS SYLVESTRIS PLYWOOD<br>IN COMPLIANCE WITH TSCA TITLE VI.<br>THIS SHIPMENT CONTAINS NO<br>SOLID WOOD PACKING MATERIALS<br>SAY: TOTAL 3559CRATES ONLY<br>FREIGHT COLLECT<br><br>1.QUALITY,WIGHT,PACKAGE AS PER SHIPPER<br>2.QUALITY,STOWAGE POSITION AS PER QINGDAO TALLY<br>3.CONDITIONS UNKNOWN | 6803900KGS | 11393.75CBM |

SAY TOTAL THREE THOUSAND FIVE HUNDRED AND FIFTY NINE ONLY.

(of which                on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| | | |
|---|---|---|
| Freight payable as per<br>CHARTER PARTY dated ............<br><br>FREIGHT ADVANCE.<br>Received on account of freight: | **SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br>Weight, measure, quality, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.<br><br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF | |
| Time used for loading      days     hours. | | |
| | Freight payable at | Place and date of issue<br>QINGDAO 2021-11-25 |
| Printed and sold by<br>Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253 Copenhagen K,<br>Telefax +45 33 93 11 84<br>By authority of The Baltic and International Maritime Council (BIMCO),Copenhagen. | Number of original Bs/L<br>THREE (3) | Signature<br>AS AGENT FOR AND ON BEHALF OF THE MASTER:: LI SONG OF M/V TAC IMOLA<br>振华国际船务代理（青岛）有限公司<br>ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO.,LTD.<br>(1)<br><br>AS AGENT FOR THE CARRIER OF B/L TITLE |

| | |
|---|---|
| Shipper<br>LIANYUNGANG YUANTAI INTERNATIONAL TRADE CO.,LTD.<br>NO.1-28 TONGGUAN SOUTH ROAD LIANYUNGANG CHINA | **BILL OF LADING**  BL No. HSLM01QINBAL004<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211013J DATED 13TH OCT 2021 |

Consignee
HAWTHORNE INDUSTRIAL PRODUCTS, INC.
9674 KILGORE ROAD, ORLANDO,
FLORIDA. 32836

Notify address
CARMICHAEL INTERNATIONAL SERVICE
PH# 516-837-4406 FX# 516-285-1976
YOELIP@CARMNET.COM ALECIAD@CARMNET.COM
STERLINGW@CARMNET.COM
RICKY@NEWTRADITIONSLTD.COM

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO |

Port of discharge
BALTIMORE, MD

Shipper's description of goods

PO#6571/6572/6573/6574
/6575/6576/6577/6578
/6579/6580/6581/6582
/6583/6584/6585/6586
/6587/6588/6589/6590

MDF PANELS
IN COMPLIANCE WITH TSCA TITLE VI.
THIS SHIPMENT CONTAINS NO
SOLID WOOD PACKING MATERIALS
SAY: TOTAL 400CRATES ONLY
FREIGHT COLLECT

1. QUALITY,WIGHT,PACKAGE AS PER SHIPPER
2. QUALITY,STOWAGE POSITION AS PER QINGDAO TALLY
3. CONDITIONS UNKNOWN

Gross weight: 660000KGS
Measurement: 1108.8CBM

SAY TOTAL SIX HUNDRED AND SIXTY ONLY.

(of which           on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per CHARTER PARTY dated ..................

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading        days        hours.

SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue<br>QINGDAO 2021-11-24 |
|---|---|
| Number of original Bs/L<br>THREE (3) | Signature<br>AS AGENT FOR AND ON BEHALF OF THE MASTER: : LI SONG OF M/V TAC IMOLA<br><br>振华国际船务代理（青岛）有限公司<br>ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO.,LTD.<br>(1)<br><br>AS AGENT FOR THE CARRIER OF B/L TITLE |

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253 Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council (BIMCO),Copenhagen.

| Shipper | BILL OF LADING   BL No. HSLM01QINBAL005 |
|---|---|
| LIANYUNGANG YUANTAI INTERNATIONAL TRADE CO.,LTD.<br>NO.1-28 TONGGUAN SOUTH ROAD LIANYUNGANG CHINA | TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211013J DATED 13TH OCT 2021 |

Consignee
HAWTHORNE INDUSTRIAL PRODUCTS, INC.
9674 KILGORE ROAD, ORLANDO,
FLORIDA. 32836

Notify address
CARMICHAEL INTERNATIONAL SERVICE
PH# 516-837-4406 FX# 516-285-1976
YOELIP@CARMNET.COM ALECIAD@CARMNET.COM
STERLINGW@CARMNET.COM
RICKY@NEWTRADITIONSLTD.COM

ORIGINAL

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO |

Port of discharge
BALTIMORE, MD

Shipper's description of goods

Gross weight: 2706000KGS
Measurement: 4748.318CBM

PO#14024/14025/14026/14717
/14767/13999/14000/14001
/14002/14003/14004/14005
/14006/14007/14008/14009
/14010/14011/14012/14013
/14014/14015/14016/14017
/14018/14019/14020/14021
/14022/14023/14723/14724
/14725/14726/14727/14728
/14729/14730/14731/14732
/14733/14734/14735/14736
/14737/14738/13986/13987
/13988/13989/13990/13991
/13992/13993/13994/13995
/13996/14739/14740/14741
/14742/14743/14744/14745
/14746/14747/14748/14749
/14750/14751/14752/13997
/13998/14718/14719/14720
/14721/14722/1508701/1508702
/1508703/1508704

PINUS SYLVESTRIS PLYWOOD
IN COMPLIANCE WITH TSCA TITLE VI.
THIS SHIPMENT CONTAINS NO
SOLID WOOD PACKING MATERIALS
SAY: TOTAL 1640CRATES ONLY
FREIGHT COLLECT

1.QUALITY,WIGHT,PACKAGE AS PER SHIPPER
2.QUALITY,STOWAGE POSITION AS PER QINGDAO TALLY
3.CONDITIONS UNKNOWN

SAY TOTAL ONE THOUSAND AND SIX HUNDRED AND FORTY ONLY.

(of which           on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| Freight payable as per CHARTER PARTY dated ............... | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br>Weight, measure, quality, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void. |
|---|---|
| FREIGHT ADVANCE.<br>Received on account of freight: | |
| Time used for loading      days        hours. | FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |

| | Freight payable at | Place and date of issue<br>QINGDAO 2021-11-25 |
|---|---|---|
| Printed and sold by<br>Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253<br>Copenhagen K,<br>Telefax +45 33 93 11 84<br>By authority of The Baltic and International Maritime Council (BIMCO),Copenhagen. | Number of original Bs/L<br>THREE (3) | Signature<br>AS AGENT FOR AND ON BEHALF OF THE MASTER:LI SONG OF M/V TAC IMOLA<br>振华国际船务代理（青岛）有限公司<br>ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO.,LTD.<br>(1)<br><br>AS AGENT FOR THE CARRIER OF B/L TITLE |

| Shipper | BILL OF LADING BL No. HSLM01QINBAL006 |
|---|---|
| LIANYUNGANG YUANTAI INTERNATIONAL TRADE CO.,LTD. NO.1-28 TONGGUAN SOUTH ROAD LIANYUNGANG CHINA | TO BE USED WITH CHARTER-PARTIES Reference No. HWS20211013J DATED 13TH OCT 2021 |

Consignee
HAWTHORNE INDUSTRIAL PRODUCTS, INC.
9674 KILGORE ROAD, ORLANDO,
FLORIDA. 32836

Notify address
CARMICHAEL INTERNATIONAL SERVICE
PH# 516-837-4406 FX# 516-285-1976
YOELIP@CARMNET.COM ALECIAD@CARMNET.COM
STERLINGW@CARMNET.COM
RICKY@NEWTRADITIONSLTD.COM

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO |

Port of discharge
BALTIMORE, MD

Shipper's description of goods

PO#5675/5793/5794/5795/5796
/5797/5798/5799/5800/6489
/6490/6491/6492/5777/5778
/5779/5780/6483/6484/6485
/6486/6487/6488/6505/6506
/5573/5220/5221/5222/5716
/5717/5223/6475/6476/6477
/6478/6493/6494/6495/6496
/6497/6498/6499/6479/6671
/6500/6501/6502/6503/6504
/6677

PINUS SYLVESTRIS PLYWOOD
IN COMPLIANCE WITH TSCA TITLE VI.
THIS SHIPMENT CONTAINS NO
SOLID WOOD PACKING MATERIALS
SAY: TOTAL1044CRATES ONLY
FREIGHT COLLECT

1.QUALITY,WIGHT,PACKAGE AS PER SHIPPER
2.QUALITY,STOWAGE POSITION AS PER QINGDAO TALLY
3.CONDITIONS UNKNOWN

Gross weight: 1938000KGS
Measurement: 3281.69CBM

SAY TOTAL ONE THOUSAND AND FORTY FOUR ONLY.

(of which           on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per CHARTER PARTY dated ................

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading        days        hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue QINGDAO 2021-11-25 |
|---|---|
| Number of original Bs/L THREE (3) | Signature AS AGENT FOR AND ON BEHALF OF THE MASTER:LI SONG OF M/V TAC IMOLA |

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253
Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council
(BIMCO),Copenhagen.

振华国际船务代理（青岛）有限公司
ZHENHUA INTERNATIONAL SHIPPING AGENCY
(QINGDAO) CO.,LTD.
(1)

AS AGENT FOR THE CARRIER OF B/L TITLE

| | |
|---|---|
| Shipper<br>LIANYUNGANG YUANTAI INTERNATIONAL TRADE CO.,LTD.<br>NO.1-28 TONGGUAN SOUTH ROAD LIANYUNGANG CHINA | **BILL OF LADING** BL No. HSLM01QINBAL007<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211013J DATED 13TH OCT 2021 |

Consignee
HAWTHORNE INDUSTRIAL PRODUCTS, INC.
9674 KILGORE ROAD, ORLANDO,
FLORIDA. 32836

Notify address
CARMICHAEL INTERNATIONAL SERVICE
PH# 516-837-4406 FX# 516-285-1976
YOELIP@CARMNET.COM ALECIAD@CARMNET.COM
STERLINGW@CARMNET.COM
RICKY@NEWTRADITIONSLTD.COM

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO |

Port of discharge
BALTIMORE, MD

Shipper's description of goods

PO#042P000760/042P000761/042P000740
/042P000741/042P000742/042P000781
/042P000782/042P000783/042P000784
/042P000785/042P000846/042P000847
/042P000848/042P000587/042P000588
/042P000589/042P000750/042P000751
/042P000752/042P000753/042P000754
/042P000831/042P000832/042P000833
/042P000834/042P000612/042P000613
/042P000770/042P000835/042P000836
/042P000837/042P000838/042P000839
/042P000840/042P000775

PINUS SYLVESTRIS PLYWOOD
IN COMPLIANCE WITH TSCA TITLE VI.
THIS SHIPMENT CONTAINS NO
SOLID WOOD PACKING MATERIALS
SAY: TOTAL676CRATES ONLY
FREIGHT COLLECT

1.QUALITY,WIGHT,PACKAGE AS PER SHIPPER
2.QUALITY,STOWAGE POSITION AS PER QINGDAO TALLY
3.CONDITIONS UNKNOWN

| Gross weight | Measurement |
|---|---|
| 1330000KGS | 2187.41CBM |

SAY TOTAL ONE MILLIION THREE HUNDRED AND
THIRTY THOUSAND ONLY.

(of which          on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per CHARTER PARTY dated ...............

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading         days         hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue<br>QINGDAO 2021-11-24 |
|---|---|
| Number of original Bs/L<br>THREE (3) | Signature<br>AS AGENT FOR AND ON BEHALF OF<br>THE MASTER: LI SONG OF M/V TAC IMOLA<br>振华国际船务代理（青岛）有限公司<br>ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO.,LTD.<br>(1)<br>AS AGENT FOR THE CARRIER OF B/L TITLE |

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253 Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council (BIMCO),Copenhagen.

| | |
|---|---|
| Shipper<br>LIANYUNGANG YUANTAI INTERNATIONAL TRADE CO.,LTD.<br>NO.1-28 TONGGUAN SOUTH ROAD LIANYUNGANG CHINA | **BILL OF LADING**  BL No. HSLM01QINBAL008<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211013J DATED 13TH OCT 2021 |

Consignee
HAWTHORNE INDUSTRIAL PRODUCTS, INC.
9674 KILGORE ROAD, ORLANDO,
FLORIDA. 32836

Notify address
CARMICHAEL INTERNATIONAL SERVICE
PH# 516-837-4406 FX# 516-285-1976
YOELIP@CARMNET.COM ALECIAD@CARMNET.COM
STERLINGW@CARMNET.COM
RICKY@NEWTRADITIONSLTD.COM

ORIGINAL

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO |

Port of discharge
BALTIMORE, MD

| Shipper's description of goods | Gross weight | Measurement |
|---|---|---|
| PLYWOOD<br>IN COMPLIANCE WITH TSCA TITLE VI.<br>THIS SHIPMENT CONTAINS NO<br>SOLID WOOD PACKING MATERIALS<br>SAY: TOTAL 28 CRATES ONLY<br>FREIGHT COLLECT<br>PO#0002939692/0002939700<br><br>1.QUALITY,WIGHT,PACKAGE AS PER SHIPPER<br>2.QUALITY,STOWAGE POSITION AS PER QINGDAO TALLY<br>3.CONDITIONS UNKNOWN<br><br>SAY TOTAL TWENTY EIGHT ONLY. | 46200KGS | 79.52CBM |

(of which       on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

| | |
|---|---|
| Freight payable as per<br>CHARTER PARTY dated ................<br><br>FREIGHT ADVANCE.<br>Received on account of freight:<br><br>Time used for loading    days    hours. | SHIPPED at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.<br>Weight, measure, quality, condition, contents and value unknown.<br>IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.<br>FOR CONDITIONS OF CARRIAGE SEE OVERLEAF |
| Freight payable at | Place and date of issue<br>QINGDAO 2021-11-25 |
| Printed and sold by<br>Fr.G.Knudtzons Bogtrykkeri A/S,55 Toldbodgade,DK-1253 Copenhagen K,<br>Telefax +45 33 93 11 84<br>By authority of The Baltic and International Maritime Council (BIMCO),Copenhagen. | Number of original Bs/L<br>THREE (3) | Signature<br>AS AGENT FOR AND ON BEHALF OF THE MASTER:LI SONG OF M/V TAC IMOLA<br>振华国际船务代理（青岛）有限公司<br>ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO.,LTD.<br>(1)<br>AS AGENT FOR THE CARRIER OF B/L TITLE |

| | |
|---|---|
| Shipper<br>LIANYUNGANG YUANTAI INTERNATIONAL TRADE CO.,LTD.<br>NO.1-28 TONGGUAN SOUTH ROAD LIANYUNGANG CHINA | **BILL OF LADING**  BL No. HSLM01QINBAL167<br>TO BE USED WITH CHARTER-PARTIES<br>Reference No. HWS20211013J DATED 13TH OCT 2021 |

Consignee
HAWTHORNE INDUSTRIAL PRODUCTS, INC.
9674 KILGORE ROAD, ORLANDO,
FLORIDA. 32836

Notify address
CARMICHAEL INTERNATIONAL SERVICE
PH# 516-837-4406 FX# 516-285-1976
YOELIP@CARMNET.COM ALECIAD@CARMNET.COM
STERLINGW@CARMNET.COM
RICKY@NEWTRADITIONSLTD.COM

**ORIGINAL**

| Vessel | Port of loading |
|---|---|
| TAC IMOLA H2201 | QINGDAO |

Port of discharge
BALTIMORE, MD

Shipper's description of goods

PO#158677B/158677C/158677F
/158677G/158677D/158677E/158677A

PINUS SYLVESTRIS PLYWOOD
IN COMPLIANCE WITH TSCA TITLE VI.
THIS SHIPMENT CONTAINS NO
SOLID WOOD PACKING MATERIALS
SAY: TOTAL 140 CRATES ONLY
FREIGHT COLLECT

1. QUALITY, WIGHT, PACKAGE AS PER SHIPPER
2. QUALITY, STOWAGE POSITION AS PER QINGDAO TALLY
3. CONDITIONS UNKNOWN

Gross weight: 266000KGS
Measurement: 438.83CBM

SAY TOTAL ONE HUNDRED AND FORTY ONLY.

(of which        on deck at Shipper's risk; the Carrier not being responsible for loss or damage howsoever arising)

Freight payable as per CHARTER PARTY dated ...............

FREIGHT ADVANCE.
Received on account of freight:

Time used for loading       days       hours.

**SHIPPED** at the Port of Loading in apparent good order and condition on board the Vessel for carriage to the Port of Discharge or so near thereto as she may safely get the goods specified above.
Weight, measure, quality, condition, contents and value unknown.
IN WITNESS whereof the Master or Agent of the said Vessel has signed the number of Bills of Lading Indicated below all of this tenor and date, any one of which being accomplished the others shall be void.

FOR CONDITIONS OF CARRIAGE SEE OVERLEAF

| Freight payable at | Place and date of issue<br>QINGDAO 2021-11-24 |
|---|---|
| Number of original Bs/L<br>THREE (3) | Signature<br>AS AGENT FOR AND ON BEHALF OF THE MASTER: LI SONG OF M/V TAC IMOLA<br>振华国际船务代理（青岛）有限公司<br>ZHENHUA INTERNATIONAL SHIPPING AGENCY (QINGDAO) CO.,LTD.<br>(1)<br><br>AS AGENT FOR THE CARRIER OF B/L TITLE |

Printed and sold by
Fr.G.Knudtzons Bogtrykkeri A/S, 55 Toldbodgade, DK-1253 Copenhagen K,
Telefax +45 33 93 11 84
By authority of The Baltic and International Maritime Council (BIMCO), Copenhagen.