June 13, 2022

**LETTER OF UNDERTAKING**

**TO:** Hawthorne Industrial Products, Inc. for its own account as consignee of certain cargo, and Genesis Products, Inc., Great Lakes Lamination, Great Lakes Forest Products, and Fusion Wood Products

Dear Sirs,

| | |
|---|---|
| Name of Vessel: | TAC IMOLA |
| Incident: | Cargo Loss and Damage |
| Place: | At Sea |
| Date: | On or About December 2021 |
| Cargo: | Plywood and MDF Panels as identified on the following bills of lading: |

HSLM01QINBAL001
HSLM01QINBAL002
HSLM01QINBAL003
HSLM01QINBAL004
HSLM01QINBAL005
HSLM01QINBAL006
HSLM01QINBAL007
HSLM01QINBAL008
HSLM01QINBAL167

In consideration of you and your instructing principals, Genesis Products, Inc., Great Lakes Lamination, Great Lakes Forest Products, and Fusion Wood Products as identified in previously disclosed Letters of Authority (collectively and individually) releasing the TAC IMOLA from writ of seizure/attachment and in consideration of your agreeing not to seize or arrest or attach any other vessel or property belonging to its owner, manager or any related company, or any vessel or property in the same or associated ownership, management, possession or control by reason of the claim which you are making for alleged damage to the above cargo covered by the above-referenced Bills of Lading and carried from Qingdao, China, to Baltimore, Maryland, USA (with partial intermediate discharge of some of the cargo at Newark, New Jersey; Albany, New York; and Coeymans, New York) and the balance cargo arriving at Baltimore on or about June 1, 2022, the undersigned Association hereby agrees, the TAC IMOLA lost or not lost:

1. To file or cause to be filed a verified statement of right or interest to the vessel, and to file or cause to be filed a restricted appearance to be made by the vessel, *in rem,* in the suit which you have brought in the United States District Court for the District of Maryland captioned *Hawthorne Industrial Products Inc. v. M/V TAC IMOLA*, Case No. 22 Civ. 1376, said *in rem* restricted appearance to be consistent with the defences available to the vessel and shall not be a waiver of any of those defences.

572181.1

2. In the event of a final arbitral award or court decree, after all legal challenges or appeals, if any, be entered in your favour against the TAC IMOLA, in rem, then the undersigned Association agrees to pay and to satisfy up to and not exceeding the amount of **United States Dollars Twenty-Eight Million Dollars And No Cents ($28,000,000.00)**, inclusive of costs and interest including any interest under Rule E(5) of the Supplemental Rules for Admiralty and Maritime Claims, the said final decree or any lesser amount decreed by the Court or settled between the parties, where said settlement has been made with the approval of the undersigned Association, without any final decree being rendered, and where such settlement is on behalf of the TAC IMOLA, in rem.

3. Upon demand and if good cause, as determined by the Court, is shown, to cause to be filed a bond in form and sufficiency of surety satisfactory to you or to the Court, in the above amount, securing your claim against the said vessel, the amount of such bond not to exceed the amount stated in sub-paragraph 2, above.

4. It is understood that in the event the bond referred to under sub-paragraph 3, above, is filed, the undersigned Association shall have no further obligation under sub-paragraph 2, above.

5. It is expressly agreed that the amount stated in sub-paragraph 2 of this Letter of Undertaking is subject to adjustment by the parties' mutual agreement or by the Court pursuant to Rules E(5) and (6) of the Supplemental Rules for Admiralty or Maritime Claims.

It is the intent of this Letter of Undertaking that the rights of the parties shall be precisely the same as they would have been had the TAC IMOLA been arrested under process issued out of the United States District Court for the District of Maryland, then taken into custody by the United States Marshal under said in rem process, and then released upon the filing of a release bond in the foregoing amount and a Verified Statement of Right or Interest to the vessel filed.

This letter is written entirely without prejudice to any rights or defences which the said vessel or its owners may have, including, without limitation, the right to contest in rem jurisdiction, in personam jurisdiction, service of process , venue, the amount of the security, rights or defences based on statutes of limitation or laches, the right to assert the claim is subject to arbitration if permitted (in which case this Letter of Undertaking would remain valid and enforceable as to the final arbitral award after all legal challenges or appeals, if any), any applicable statutory or contractual limitations of liability, the right to seek a dismissal of the action filed in District Court on the basis of an enforceable forum selection clause or on the basis of forum non conveniens and to restrict any appearance pursuant to Rule E (8) of the Supplemental Rules for Certain Admiralty and Maritime Claims.

This letter is limited to the in rem claims which have been asserted against the TAC IMOLA, and is to run only in favor of Hawthorne Industrial Products Inc. for its own account as consignee of certain cargo, and Genesis Products, Inc., Great Lakes Lamination, Great Lakes Forest Products, and Fusion Wood Products.

572181.1

It is understood and agreed that this letter of undertaking will not bind the undersigned Association to any or all parties collectively in excess of the stated total sum of United States Dollars $28,000,000.00 (*twenty-eight million dollars*) inclusive of costs and interest including any interest under Rule E (5) of the Supplemental Rules for Admiralty and Maritime Claims.

It is understood that the authority of this letter's signatory to act on behalf of the vessel or its owner is limited solely to the agreements which have been set forth herein.

It is also understood and agreed that the signing of this letter by Jack R. Daley, an attorney with Baker, Donelson, Bearman, Caldwell & Berkowitz, PC shall in no way be construed as binding upon him personally, nor binding upon the firm, but is to be binding only upon the Association.

Yours very truly,
For THE BRITANNIA STEAM SHIP INSURANCE ASSOCIATION EUROPE

By: *[signature: Jack D. Daley]*

As Attorney-in-Fact for the above Limited Purpose Only by

Jack R. Daley
Baker, Donelson, Bearman, Caldwell & Berkowitz, PC
100 Light Street, 19th Floor
Baltimore, MD 21202
Phone: 410-862-1079
Fax:    443-263-4179
Email:  jdaley@bakerdonelson.com

Authority Received on

June 13, 2022

572181.1