IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. FOR ITS OWN ACCOUNT AS CONSIGNEE OF CERTAIN CARGO, AND AS AUTHORIZED AGENT FOR GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, AND FUSION WOOD PRODUCTS, <br><br>               Plaintiffs, <br><br>     v. <br><br> M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem*, <br> RATU SHIPPING CO. SA, <br> NISSHIN SHIPPING CO LTD, and <br> FLEET MANAGEMENT LTD-HKG, <br> TRANSATLANTICA COMMODITIES PTE. LTD., and <br> HANWIN SHIPPING LIMITED <br> *in personam*, <br><br>               Defendants. | 22-cv-1376-RDB |

**VESSEL DEFENDANTS' CONSENT MOTION FOR AN ADJOURNMENT OF THE HEARING SCHEDULED FOR OCTOBER 12, 2022 REGARDING VESSEL INTERESTS' MOTION TO STAY IN FAVOR OF ARBITRATION**

Defendants Ratu Shipping Co., SA ("Ratu"), Nisshin Shipping Co. Ltd. ("Nisshin"), and Fleet Management Ltd-HKG ("Fleet" and, collectively with Ratu and Nisshin, the "Vessel Defendants"[1]), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 6(b)(1)(A)

---

[1] Hawthorne by Amended Complaint has also sued Defendant Transatlantica Commodities Pte Ltd. ("Transatlantica") as the charterer of the Vessel and Defendant Hanwin Shipping Limited ("Hanwin") as the sub-charterer.

and Local Rule 105(9), respectfully submit this Consent Request for an Adjournment of the hearing scheduled for October 12, 2022, and in support state:

1. On June 17, 2022, Ratu filed a Motion to Stay in Favor of Arbitration [ECF No. 22] (the "Motion to Stay").

2. On September 23, 2022, Vessel Defendants filed their Motion to Dismiss Based on Lack of Personal Jurisdiction [ECF No. 51] (the "Motion to Dismiss").

3. On October 4, 2022, an Order was entered granting Plaintiffs' Consent Request for Extension of Time to file a Response to Vessel Defendants' Motion to Dismiss [ECF No. 53] (the "Order").

4. The Order provides a deadline of November 11, 2022 for Plaintiffs to file a Response to the Motion to Dismiss and a deadline of January 10, 2023 for Vessel Defendants to file a Reply to Plaintiffs' Opposition to Motion to Dismiss.

5. A hearing is currently scheduled for October 12, 2022, as it relates to the Motion to Stay.

6. The parties have conferred and believe it would be more efficient to have the Motion to Stay and the Motion to Dismiss ("Both Motions") to be decided at the same time.

7. Both Motions involve intertwined issues.

8. The rulings on Both Motions will decide how to handle claims against both *in personam* defendants and *in rem* defendants at the same time.

9. On October 6, 2022, counsel for Vessel Defendants obtained the consent of counsel for Plaintiffs for the adjournment of the hearing on the Motion to Stay scheduled for October 12, 2022

WHEREFORE, Vessel Defendants, with the consent of Plaintiffs, respectfully request that the hearing scheduled for October 12, 2022, be adjourned, and rescheduled at the same time the court schedules a hearing for the Motion to Dismiss so Both Motions will be argued concurrently.

Respectfully submitted,

BAKER, DONELSON, BEARMAN,
 CALDWELL & BERKOWITZ, PC

___/s/*Constantine J. Themelis*_____
Jack R. Daley, Bar No. 29187
Geoffrey S. Tobias, Bar No. 00301
Constantine Themelis, Bar No. 27303
100 Light Street
Baltimore, MD 21202
Tel: (410) 685-1120
Fax: (410) 547-0699
E-mail: jdaley@bakerdonelson.com
E-mail: gtobias@bakerdonelson.com
E-mail: gthemelis@bakerdonelson.com

Of Counsel:
Don P. Murnane, Jr. (murnane@freehill.com)
J. Tanner Honea (honea@freehill.com)
Michael J. Dehart (dehart@freehill.com)
Freehill Hogan & Mahar, LLP
80 Pine Street, 25th Floor
New York, NY 10005
Jill L. Craft, Attorney at Law, LLC
329 St. Ferdinand Street
Baton Rouge, Louisiana 70802
Telephone: (225) 663-2612
Facsimile: (225) 663-2613
jcraft@craftlaw.net
bconrad@craftlaw.net

*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October 2022 the foregoing was served on all counsel of record via mail and electronic mail.

_____/s/ Constantine J. Themelis_____
Constantine J. Themelis