# Exhibit 2

| | |
|---|---|
| **From:** | Kuffler, Alfred <akuffler@mmwr.com> |
| **Sent:** | Wednesday, June 1, 2022 2:01 PM |
| **To:** | MURNANE, DON |
| **Cc:** | HONEA, TANNER; DeOrchis, Vincent M.; Chung, Wook; O'Connor, Robert E. |
| **Subject:** | Tac Imola |
| **Attachments:** | Booking Note_Redacted.pdf |

Don,

The booking note.

Fred



**Alfred J. Kuffler** | Partner
**Montgomery McCracken Walker & Rhoads LLP**
1735 Market Street | Philadelphia, PA 19103-7505
Tel: 215-772-7454 | Mobile: 267-342-0325 | Fax: 215-731-3842
437 Madison Avenue | New York, NY 10022
Tel: 212-867-9500
akuffler@mmwr.com | Attorney Profile

Notice: This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution and/or copying of this message is strictly prohibited. If you have received this message in error, please immediately notify the sender and please immediately delete this message from your computer as well as any storage device(s). Thank you.

---------------------------------------------
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

# HWS HANWIN SHIPPING LIMITED

## BOOKING NOTE

It is mutually agreed by and between **LIANYUNGANG YUANTAI INTERNATIONAL TRADE CO.,LTD** (Hereinafter referred to as "Charterer") and **HANWIN SHIPPING LIMITED** (Hereinafter referred to as "Owner") on 13th Oct 2021 upon the following terms and conditions:

- Fixture Note No.: HWS20211013J
- Account: LIANYUNGANG YUANTAI INTERNATIONAL TRADE CO.,LTD   (as charterer)
- Owner:  HANWIN SHIPPING LIMITED (as Owners)
- Vessel:   MV HANWIN TBN

1) Cargo: min24000-max25000cbm/13500mt plywoods   each length x width x height:2.48mx1.24mx0.95m unit weight:1.6mt
   - Cargo fully stackable with no tiers limitation/overstowable
   - Owners have the right to make cargo measurement survey.If the actual weight/measurement is higher than the described above,the freight will be charged basis on the actual figure on owners' survey report
   - As part cargo
   - under deck loading in owners option
2) Loading: 1sbp ; Qingdao,China;Owners' berth/Terminal
3) Discharging:1sbp,Baltimore,USA;Owners' berth/Terminal ,
4) Laycan:8-19 Nov 2021
5) Freight Rates:usd ▓▓ per wm liner h/h bss 1/1
   - Charterers to pay ocean freight against Debit Note issued by owners (no tax levied on owners) Any tax/dues/wharfage/thc/off hook/barge handling/truck handling/security charge to be for charter's,receiver's and cargo's acct"
6) NOR To be tendered at load and discharge port(s) atdn sshinc wibon, wipon, wifpon and wccon.
7) Cargo Readiness: All cargo to be fully delivered onto the dock of Owner' nominated loading terminal and all export documents to be fully ready before vessel's arrival. Should the cargo and/or cargo export documents not be ready as prescribed above, Owners has the option to apply a detention charge at the rate of USD ▓▓ per day or pro-rata.
8) In case charterers cancel the fixture note, or actual shipping volume failed to reach contractual volume, charterers should pay dead freight incurred within five (5) banking days after vessel tenders NOR at loading port.
9) Load/Discharge rate: CQD. Any delay and/or extra costs due to lack of trucks to take away cargos to be classed as detention. detention and extra cost always to be for shipper /chrts /receivers account.
10) Detention at Loading/Discharging port USD ▓▓ PDPR in case Non-availability of cargo/cargo documents/trucks/barges/warehouses etc and whatsoever delays caused by the shippers/receivers upon vsl's arrival at Loading/Discharging port.
11) Detention charge, if any, incurred at loading port to be settled together with freight payment and detention charge, if any, incurred at discharge port to be settled every 2(two) days according owner provision of supporting documents & invoice.In case charterers fail to pay the detention in time, owners have option to

1

 由 扫描全能王 扫描创建

# HANWIN SHIPPING LIMITED

suspend the discharging and discharge the cargo at the port in owners convenience. Charterers shall remain their responsibilities on detention.

12) Barge/Coaster Operation: direct delivery/loading/discharging from barges, if required, must be agreed with owner before booking is concluded and inserted in booking terms, otherwise, owner reserves the right to reject and keep merchants for all additional costs resulting from such arrangement

13) 100% ocean freight and other relevant charges such as detention and deadfreight to be paid to owners nominated bank account before the ship arrives at discharging port ,freight non-returnable ship and / or cargo lost or not lost ,bank charge always to be for charter's account, "freight collect"   b/l to be released after owners received the full ocean freight and other relevant charges such as detention and deadfreight. In case charterers fail to pay the ocean freight in time, charterers shall pay interest rate of 0.2% per day to owners. Such interests shall be paid together with ocean freight and shall be considered as a part of ocean freight and owners have option not to release bsl before   receiving the interests.Notwithstanding the description on other contract of carriages concerned this shipment, Owners are entitled not to discharge the cargo or dispose the cargo at their convenience if full freight were not received and available at Owners nominated account before arrival of the disport. All time lost, expenses, costs and damages howsoever caused arising thereafter shall be at charterers/receivers account.

14) All cargo to be loaded in good, sound condition, master has always the right to reject damaged cargo if any, which have to be replaced by sounds cargo or repaired by shippers/charterers.and L/S/D always as per masters satisfaction.

15) In case original b(s)/l not available at discharge port upon vssl's arrival, owners' option to discharge cargo against charterer's & shipper's l.o.i using owner's standard p&i wording. but always to be released against o.b/l.

16) Tally: Ship side/shore side tally to be for Owners/Charterers'   account respectively.

17) Any tax/dues/wharfage on cgo and freight to be for shipper/chrtrs/ receivers account, and same on vsl to be for owners account.

18) Owners reserves the right to refuse to load cargo contained foreign materials,including,but not limited to, straw, bark,grass,not-heat treated wood dunnage,oil substances,that may be deemed as contaminants according to the destination governments regulation.If any foreign materials been found at loading/discharging port on vessel,shipper/charter/receivers will be fully responsible for all subsequent costs and consequences that may arise,which are including but not limited to cleaning and or disinfection of cargo,vessel,dock,vessel penalty,extra stevedoring charge and for contamination of any foreign materials that are found on the cargo.

19) Owners' agents bends.
20) Arbitration in Hongkong, with English law to be applied.
21) Bimco infectious or contagious diseases clause to be applied
22) Otherwise per Gencon C/P 1994.
23) General Strike Clause

(a) If there is a strike or lock-out affecting or preventing the actual loading of the cargo, or any part of it, when the Vessel is ready to proceed from her last port or at any time during the voyage to the port or ports of loading or after her arrival there, the Master or the Owners may ask the Charterers to

 由 扫描全能王 扫描创建

# HWS HANWIN SHIPPING LIMITED

declare, that they agree to reckon the laydays as if there were no strike or lock-out. Unless the Charterers have given such declaration in writing (by telegram, if necessary) within 24 hours, the Owners shall have the option of cancelling this Charter Party. If part cargo has already been loaded, the Owners must proceed with same, (freight payable on loaded quantity only) having liberty to complete with other cargo on the way for their own account.

(b) If there is a strike or lock-out affecting or preventing the actual discharging of the cargo on or after the Vessel's arrival at or off port of discharge and same has not been settled within 48 hours, the Charterers shall have the option of keeping the Vessel waiting until such strike or lock-out is at an end against paying detention after expiration of the time provided for discharging until the strike or lock-out terminates, and thereafter full detention shall be payable until the completion of discharging, or of ordering the Vessel to a safe port where she can safely discharge without risk of being detained by strike or lock-out. Such orders to be given within 48 hours after the Master or the Owners have given notice to the Charterers of the strike or lock-out affecting the discharge. On delivery of the cargo at such port, all conditions of this Charter Party and of the Bill of Lading shall apply and the Vessel shall receive the same freight as if she had discharged at the original port of destination, except that if the distance to the substituted port exceeds 100 nautical miles, the freight on the cargo delivered at the substituted port to be increased in proportion. However, in case that the strike or lock-out is not lifted within 5 days, owners have option to discharge the cargo at other port of owners' convenience.

(c) Except for the obligations described above, neither the Charterers nor the Owners shall be responsible for the consequences of any strikes or lock-outs preventing or affecting the actual loading or discharging of the cargo.

End
For and on Behalf of
Charterers
LIANYUNGANG YUANTAI
INTERNATIONAL TRADE CO.,LTD

For and on behalf of
Owners
HANWIN SHIPPING LIMITED



3

由 扫描全能王 扫描创建