IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. for its own account as consignee of certain cargo and as agent for GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, and FUSION WOOD PRODUCTS, <br><br> Plaintiffs <br><br> v. <br><br> M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem*, RATU SHIPPING CO. SA, NISSHIN SHIPPING CO LTD, FLEET MANAGEMENT LTD-HKG, TRANSATLANTICA COMMODITIES PTE. LTD., and HANWIN SHIPPING LIMITED, *in personam*, <br><br> Defendants | CIVIL NO. 1:22-cv-01376-RDB |

**DECLARATION OF ROBERT E. O'CONNOR IN SUPPORT OF
THE CARGO INTERESTS' MEMORANDUM IN OPPOSITION
TO VESSEL INTERESTS' MOTION TO DISMISS**

Pursuant to 28 U.S.C. § 1746, I, Robert E. O'Connor, declare under penalty of perjury that the following is true and correct:

1. I am a partner at the law firm Montgomery McCracken Walker & Rhoads LLP, one of the law firms counseling Plaintiffs in this case.

2. I am an attorney duly licensed to practice law in New York.

3. Attached hereto as Exhibit A is a copy of the news article How Nisshin Broke the Japanese Mould, Tradewinds, September 13, 2018.

4. Attached hereto as Exhibit B is a copy of the news article Fleet Management Opens Shipmanagement Company in Singapore, Tradewinds, July 7, 2022.

Executed: November 22, 2022
New York, New York

                                                */s/ Robert E. O'Connor*
                                                Robert E. O'Connor

TW+  **See all articles**

LATEST JOBS   **Senior Chartering Executive**                                **Portfolio Manager Emissions / FFA Trader**



The 57,811-dwt IVS Pinehurst (built 2015) is in many ways a typical Nisshin vessel: one of 16 handymaxes, built between 2014 and 2018, constructed, flagged and managed in the Philippines and classed with Bureau Veritas. Photo: Tsuneishi Heavy Industries (Cebu)

# How Nisshin broke the Japanese mould

Nisshin Shipping boss Y Fujii, one of the industry's most low-key figures, does business in a most un-Japanese way. TW+ turns the spotlight on a publicity-shy tonnage supplier that is quietly building up a 116-ship fleet

13 September 2018 17:34 GMT   UPDATED  13 September 2018 17:34 GMT
By  Irene Ang and Adam Corbett

Nisshin Shipping is celebrating a half-century in business with a 61-ship newbuilding investment that will more than double its fleet.

The ordering spree has turned Nisshin into Japan's fastest-growing shipowner, and its 116 vessels will make it the country's third-largest independent tonnage supplier behind Shoei Kisen and Nissen Shipping.



**Nissen and Nisshin's new tonnage orders top $2bn**
Read more

The growth has been orchestrated under the leadership of president and founder Y Fujii, now in his 80s, who has his own way of doing business. It is very different from that of his compatriots.

His current spate of counter-cyclical newbuilding investment has been likened more to the Greek-style business model of asset play than the long-term, charter-driven industrial strategy typical of Japanese owners.

However, Fujii likes to keep the business low-key. The company did not want to be interviewed as part of this feature and is hardly covered even by the local trade press.

Those close to Nisshin say it guards its commercial information closely and does not even hand out its vessel position list to anyone.

Despite his advancing years, Fujii calls the shots. "All projects need to get his final acknowledgement," says one source close to the company. "He is very hands-on and is involved in all deals, including chartering, S&P and newbuildings."



Exhibit A



A rare picture of Nisshin Shipping president Y Fujii, who makes a virtue of doing things his way. Photo: Irene Ang

The company's history began when Fujii was in his 30s and decided to quit his job in dry bulk parcelling, believing he could do things better his way.

Fujii built up the Nisshin business from scratch and based it in Tokyo, well away from the traditional shipowning regions of Hiroshima and Ehime around Japan's inland sea where the big private owners operate.

In the early days he got the company off the ground by buying ships for the inter-Asian trades between Japan and South Korea.

But gradually it grew through newbuildings based on charters with foreign operators and traders for one to three years.

"Fujii is extremely internationally minded and that is really why most of his ships are chartered out to non-Japanese operators," says a source.

### NISSHEN'S EXISTING FLEET

**55 ships (2,570,400 dwt)**

**32 bulkers**
- 8 panamax
- 4 ultramax
- 4 supramax
- 16 handysize

**23 tankers**
- 5 panamax
- 4 handymax
- 14 small tankers

Its client list has grown to include leading Western dry bulk operators such as Cargill, Western Bulk and Ultra Bulk, while a series of 19,000-dwt chemical tankers on order at Usuki are heading for Ultranav and Nordic Tankers. Its only real Japanese client is NYK Line.

With the big three Japanese operators, NYK, MOL and K Line, cutting back their dry bulk fleets, other local tonnage suppliers are starting to copy Fujii's model more closely.

Nisshin has always believed it could get better market-based deals from non-Japanese companies. Traditional Japanese charter deals tend to be for longer periods and as a result operate on tighter profit margins for the owner.

The focus on medium-term non-Japanese business increased the risk for the company and encouraged it to secure its tonnage at more competitive terms than it could get at home. It searched for better value abroad.

As a result Nisshin has developed strong relationships with foreign brokers on the S&P and chartering side, such as Maersk Broker and Howe Robinson, and is increasingly ordering in China.

### NISSHEN'S NEWBUILDINGS

**61 ships (3,774,000 dwt)**

| | | |
|---|---|---|
| 22 | 63,000-dwt bulkers | Nantong Xiangyu |
| 12 | 82,000-dwt bulkers | Jiangsu Hongtong |
| 3 | 64,000-dwt bulkers | Jiangsu Hantong |
| 7 | 82,000-dwt bulkers | Oshima |
| 7 | 62,000-dwt bulkers | Oshima |
| 10 | 19,000-dwt chemical tankers | Usuki |

Apart from the 10 Usuki chemical tankers and 14 ultramax bulkers at Oshima, all of its 61 newbuildings have been ordered in China at Jiangsu Hantong and Nantong Xiangyu.

Its closest rival, Nissen, on the other hand, has ordered only eight of its current 38 newbuildings outside Japan.

Exhibit A

Nisshin has also shunned domestic classification society ClassNK, which is used by other Japanese owners, even for ships built abroad.

Instead, it works almost exclusively with France's Bureau Veritas, which is strong in areas Nisshin likes to work in, such as Chinese-built bulkers. Now, Nisshin is even bringing in Bureau Veritas to class its Usuki-built chemical tankers.



**Nisshin linked to 10 more bulkers in China**
Read more

The company has also built up close relationships with the Philippines, rather than Panama, the traditional flag of convenience for Japanese owners. Only four of its current trading fleet are registered in Panama, the rest flag in the Philippines.

This close relationship has been established through Nisshin's Manila-based technical management team, Victoria Shipmanagement. Again, that is in contrast to the typical Japanese route whereby owners setting up technical management abroad have tended to go to Singapore.

The only area in which Nisshin has not strayed from the typical Japanese path is through its third-party liability insurance, which it has kept mostly with the Japan P&I Club, even though many other owners have been tempted to switch to Britannia, North and the UK P&I Club.

Daily   Tankers   Section Carousels TwPlus   Nissen Shipping   Nisshin Shipping   Japan   Shoei Kisen

## TRENDING TODAY

**Casualties**



**ONE denies new container ship grounded off Brazil**

**Shipyards**



**Singapore yard may have quit US over cost overrun fears on $1.8bn order**

**Casualties**



**NGM Energy affiliate seizes Chinese general cargo ship in $110m battle over suezmax tanker collision**



TradeWinds is part of NHST Media group. To read more about NHST Media Group, click here

Exhibit A

We use cookies to improve your website experience. To learn about our use of cookies and how you can manage your cookie settings, please see our Cookie Policy. By continuing to use the website, you consent to our use of cookies. 



*This copy is for your personal, non-commercial use. For high-quality copies or electronic reprints for distribution to colleagues or customers, please call UK support at +44 (0)20 3377 3996 / APAC support at +65 6508 2430*

Printed By **Kathy Coon**

# Fleet Management opens shipmanagement company in Singapore

*New company will provide dedicated shipmanagement services to Marubeni's Singapore-based shipping company*

07 Jul 2022 | **NEWS**

by Megawati Wijaya    Megawati.Wijaya@informa.com

Hong Kong-based Fleet Management, part of the Caravel Group, is the second-largest shipmanagement company in the world, managing more than 600 vessels



MMSL'S MANAGING DIRECTOR TOMOHIRO ENDO (L) AND FLEET MANAGEMENT'S MANAGING DIRECTOR KISHORE RAJVANSHY.

Exhibit B

FLEET Management Ltd has set up a new integrated shipmanagement unit in Singapore in collaboration with Marubeni Corp's shipping subsidiary.

MaruFleet Management will provide dedicated shipmanagement services to Singapore-based MMSL, according to a statement.

Hong Kong-based Fleet Management managed MMSL's first supramax bulk carrier, *Crimson Queen* (IMO: 9465174), in 2014. That arrangement expanded to seven ships by early 2022.

"MaruFleet will exclusively service and be tailored to Marubeni's requirements. This means Marubeni will be able to rely on and readily access a dedicated team of professionals for all its shipmanagement needs globally," Fleet's managing director Kishore Rajvanshy said.

MMSL managing director Tomohiro Endo said the companies share the "same philosophy and vision in growing our businesses through a clear focus on safety, quality and technical management."

Fleet Management, part of the Caravel Group, is the second-largest shipmanagement company, with more than 600 vessels.

It has 27 offices in 12 countries, employing 24,000 seafarers and 1,000 onshore maritime professionals, serving more than 130 shipowners.

Exhibit B