IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
*Northern Division*

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC. for its own account as consignee of certain cargo and as agent for GENESIS PRODUCTS INC., GREAT LAKES LAMINATION, GREAT LAKES FOREST PRODUCTS, and FUSION WOOD PRODUCTS, <br><br>                          Plaintiffs <br><br> v. <br><br> M/V TAC IMOLA, IMO No. 9932103 her engines, boilers, tackle, etc., *in rem*, RATU SHIPPING CO. SA, NISSHIN SHIPPING CO LTD, FLEET MANAGEMENT LTD-HKG, TRANSATLANTICA COMMODITIES PTE. LTD., and HANWIN SHIPPING LIMITED, *in personam*, <br><br>                          Defendants | CIVIL NO. 1:22-cv-01376-RDB |

## **ORDER**

UPON CONSIDERATION of Vessel Defendants' Motion to Dismiss [ECF No. 51] and Cargo Interests' Opposition thereto [ECF No. 78], it is this _____ day of _____, 202___, hereby

ORDERED, that the Motion be and is DENIED.

**It is so ordered.**

_____
The Honorable Richard D. Bennett,
U.S. District Court for the District of Maryland