IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC., *et al.,*<br><br>     Plaintiffs,<br>v.<br><br>PICC PROPERTY AND CASUALTY COMPANY LIMITED<br><br>     Defendant. | Civil Action No. RDB-23-03248 |
| HAWTHORNE INDUSTRIAL PRODUCTS INC., *et al.,*<br><br>     Plaintiffs,<br>v.<br><br>M/V TAC IMOLA et. al,<br><br>     Defendants. | Civil Action No. RDB-22-01376 |

**PLAINTIFFS' MOTION TO ENFORCE THE MARCH 31, 2025 SETTLEMENT**

Plaintiffs in the above two actions, by their undersigned counsel, hereby file this *Motion to Enforce the March 31 2025 Settlement.*

Plaintiffs incorporate by reference their *Memorandum in Support of the Motion to Enforce the March 31, 2025 Settlement*, which is being filed contemporaneously with this motion.

WHEREFORE, Plaintiffs respectfully request that the Court enter an order enforcing the material terms of the March 31 settlement agreement and ordering PICC to pay interest on the entirety of the settlement amount from March 31, 2025 to the date of payment.

-2-

Respectfully submitted,

*/s/ Imran O. Shaukat*
Imran O. Shaukat, Esq.
Federal Bar No. 30134
MILLS BLACK LLP
1215 19th Street NW
Washington, DC 20035
Phone:     (202) 967-4105
Email:     ishaukat@millsblack.com


and

Alfred J. Kuffler
MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP
1735 Market Street
Philadelphia, Pennsylvania 19103
Phone:     (215) 772-7454
Email:     akuffler@mmwr.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY on this 29th day of August, 2025, that the foregoing *Motion to Enforce the March 31 2025 Settlement* was served via this Court's CM/ECF system on all counsel of record.


                */s/ Imran O. Shaukat*
                Imran O. Shaukat, Esq.