**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC., *et al.,* <br><br>      Plaintiffs, <br><br> v. <br><br> PICC PROPERTY AND CASUALTY COMPANY LIMITED <br><br>      Defendant. | Civil Action No. RDB-23-03248 |
| HAWTHORNE INDUSTRIAL PRODUCTS INC., *et al.,* <br><br>      Plaintiffs, <br><br> v. <br><br> M/V TAC IMOLA et. al, <br><br>      Defendants. | Civil Action No. RDB-22-01376 |

**DECLARATION OF ALFRED KUFFLER IN SUPPORT OF**
**PLAINTIFFS' MOTION TO ENFORCE THE MARCH 31, 2025 SETTLEMENT**

I, Alfred J. Kuffler, hereby declare as follows:

1.     I am senior counsel with Montgomery McCracken Walker & Rhoads LLP, attorneys for

plaintiffs in the above two matters. I personally participated in the matters described

below as the lead negotiator on behalf of plaintiffs.

2.     As will be apparent in the following discussion, PICC has necessitated this motion by

attempting to alter a material term of the settlement reached on March 31, 2025 with the

able assistance of The Honorable Judge Erin Aslan.

3.     The settlement resolved all claims by plaintiffs against all defendants in both of the above

actions. It also resolved certain claims against the defendants in RDB 22-1376 which

Exh. A

PICC had acquired by way of subrogation after payment in a partial settlement to

plaintiffs by as the insurer of plaintiffs' cargo damaged while being carried on board the

M/V Tac Imola.

4.       At the conclusion of the negotiations, Judge Aslan while recognizing that the agreement

was to be formalized in a written document signed by all parties, summarized all of the

material terms of the settlement as follows:

"Counsel:

This email serves to memorialize the material terms of the agreement the parties
reached to resolve the above-listed cases during today's settlement
conference.  Please review the below terms and reply-all to confirm your
understanding and agreement.  Upon receipt of your confirmatory emails, I will
ask Judge Bennett's Chambers to enter a 90-day Rule 111 Order.  The agreement
will be formalized via written settlement documents during that 90-day period.

- Payment of $4.1 million from the Vessel Defendants to the Cargo Plaintiffs within 21
  days of the date the formal settlement agreement is executed
- Payment of $5.7 million from the PICC Defendants to the Cargo Plaintiffs within 15 days
  of the date the formal settlement agreement is executed
- The Cargo Plaintiffs, the Vessel Defendants, and the PICC Defendants agree to general
  mutual releases of any and all claims related to or arising out of the two above-listed civil
  actions pending in the U.S. District Court for the District of Maryland; the claims relating
  to Hold 2 were settled previously and were resolved in a separate settlement agreement
  among the Cargo Plaintiffs and the PICC Defendants; this agreement does not address the
  claims currently pending in the Qingdao Maritime Court.
- The Cargo Plaintiffs agree to an indemnity that they are the sole owners of the claims
  being settled as part of this agreement and are the correct parties in interest to advance
  those claims
- The Vessel Defendants and the PICC Defendants consent to the jurisdiction of the U.S.
  District Court for the District of Maryland to resolve any dispute related to this settlement
  agreement and/or enforcement of the settlement agreement

Thank you for your engagement today.

Regards,

Judge Aslan"

See Exh. 1 attached.

Exh. A

Counsel for the Tac Imola defendants then request clarification on two points:

(b)    That "the term 'Cargo Plaintiffs" include Hawthorne and all parties on whose behalf Hawthorne is acting as gent in this matter," and

(c)    "That PICC also confirm for the sake of good order that the general mutual release in bullet point #3 will apply to all potential claims by PICC against the Vessel interests arising out of or related to any alleged subrogation to the claims of Cargo Plaintiffs being settled as per this agreement."

See Exh. 2 attached.

5.    With the minor correction counsel for the Vessel interests had requested, all parties confirmed that the foregoing accurately summarized all of the material terms of the settlement.

See Exh. 3 attached.

6.    The negotiation of the formalized settlement agreement, notwithstanding that nearly five months have elapsed since the parties agreed on its fundamental terms, have reached an impasse.

7.    I had expected, consistent with customary practice, that defendants would provide the first draft of the proposed settlement agreement. However, after receiving nothing in the two weeks following the March 31 conference, I contacted Michael Dehart, counsel for the Vessel Interests, to inquire about the status. Mr. Dehart advised that he would circulate a draft to all counsel, which I received on May 2, 2025. On May 9, I returned the draft with my markups to both Mr. Dehart and Joseph Smith, counsel for PICC. On May 28, I received Mr. Dehart's response, and during a subsequent telephone call, we resolved the few remaining issues between Plaintiffs and the vessel defendants. From that point forward, finalizing the settlement agreement depended entirely on negotiations between Plaintiffs and PICC.

Exh. A

8.      Not until June 18, some two and one half months after the March 31 settlement had been agreed, did I receive the first comments from PICC. Surprisingly, PICC now suggested an alteration to the 15-day payment provision already agreed as a material term. PICC proposed that payment would not be made within 15 days of execution, but rather on the later of execution of the agreement by all parties or the date on which the Cargo Claimants complete PICC's claim payment verification process, which in turn would begin from the date Cargo Claimants provided PICC with the claim payment materials PICC requires. Needless to say, none of these requirements had been raised with plaintiffs during the negotiations overseen by Judge Aslan which resulted in the March 31 agreement.

9.      I responded saying that the agreement unequivocally called for payment within 15 days of execution of the agreement, meaning plaintiff would have the settlement monies in hand within the 15 days. Moreover, I pointed out that PICC had agreed to pay $5.7 million on the basis of the claim documentation plaintiffs had submitted as part of the settlement process and therefore, no further documentation was necessary or would be provided.

10.     On June 24, I sent my markup of PICC's June 18 draft to all counsel.

11.     On July 9, I received PICC's response to my June 24 draft. This draft accepted all my proposed changes with the important exception of the payment terms. In this draft PICC added yet another provision to the attempted alteration of the 15-day payment provision. In addition to continuing the demand for materials already in hand, PICC now proposed an additional clause that its only obligation was within 15 days of execution to provide its bank with the materials necessary for the bank to transfer the money to the payee and that

Exh. A

it would have no liability for delays in the bank's transfer of the settlement funds. In a

discussion with counsel I was told that the bank could take as long as two months to

transfer the funds. Note most importantly that the 15-day payment date as recited in

Judge Aslan's memorialization and confirmed by the parties is absolute without any of

the limitations PICC now wants to insert. A date certain for payment was a significant

term of the settlement upon which the plaintiffs insisted and, given the delay in bringing

the settlement to a conclusion is of even greater importance now.

12.    I immediately responded on July 9 saying that plaintiffs required payment within 15 days

in accordance with the original agreement. But I received no response until August 1

when PICC simply reiterated its position.

13.    While agreement has been reached on the additional documentation issues, the parties are

at an impasse on the payment date. An open-ended date is an unacceptable change to the

original agreement.

14.     However, in an effort to find a way forward, by email dated August 4, and with the

express authority of the plaintiffs, I proposed by email the following modification to the

15-day payment provision:

"Based on your advices that (1)PICC can have the payment instructions to the
Bank within 15 days of your receipt of the signed settlement agreement, and
(2) the Bank can take up to two months to actually make the payment, claimants
are prepared to extend the time for payment to October 31, 2025, provided: PICC
pays interest at the Prime rate of 7.5 percent from March 31, 2025, the date of the
settlement through the October 31 payment date. The interest adds $249, 375 to
the settlement principal of $5 700,000, or a total payment of $5,949, 375.00. If
payment is made sooner than October 31, the interest payment will NOT be
proportionately reduced."

15.    To date, PICC has declined the above proposal and adhered to its position that the 15-day

provision in the settlement only requires it to provide its bank with payment instructions

Exh. A

within 15 days of receiving the executed settlement agreement and certain other documentation discussed in paragraph 13 above.

16.     Pursuant to 28 U.S.C. §1746 I verify under penalty of perjury that the foregoing is true and correct.

Executed this  28th  day of  August, 2025

_____

Alfred J. Kuffler

Exh. A

| | |
|---|---|
| **Subject:** | RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al |
| **Date:** | Monday, March 31, 2025 at 2:48:24 PM Eastern Daylight Time |
| **From:** | MDD_EAChambers |
| **To:** | MDD_EAChambers, Imran Shaukat |
| **CC:** | 'Kuffler, Alfred', 'Li, Pingshan', 'Smith, Joseph', 'DEHART, MICHAEL' |
| **Attachments:** | image001.png, image002.png |

Counsel:

This email serves to memorialize the material terms of the agreement the parties reached to resolve the above-listed cases during today's settlement conference.  Please review the below terms and reply-all to confirm your understanding and agreement.  Upon receipt of your confirmatory emails, I will ask Judge Bennett's Chambers to enter a 90-day Rule 111 Order.  The agreement will be formalized via written settlement documents during that 90-day period.

- Payment of $4.1 million from the Vessel Defendants to the Cargo Plaintiffs within 21 days of the date the formal settlement agreement is executed
- Payment of $5.7 million from the PICC Defendants to the Cargo Plaintiffs within 15 days of the date the formal settlement agreement is executed
- The Cargo Plaintiffs, the Vessel Defendants, and the PICC Defendants agree to general mutual releases of any and all claims related to or arising out of the two above-listed civil actions pending in the U.S. District Court for the District of Maryland
- The Cargo Plaintiffs agree to an indemnity that they are the sole owners of the claims being settled as part of this agreement and are the correct parties in interest to advance those claims
- The Vessel Defendants and the PICC Defendants consent to the jurisdiction of the U.S. District Court for the District of Maryland to resolve any dispute related to this settlement agreement and/or enforcement of the settlement agreement

Thank you for your engagement today.

Regards,
Judge Aslan



Erin Aslan
U.S. Magistrate Judge
U.S. District Court for the District of Maryland
Chambers 7B – (410) 962-3555

---

**From:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Sent:** Wednesday, March 5, 2025 11:27 AM
**To:** Imran Shaukat <ishaukat@millsblack.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; DEHART, MICHAEL <Dehart@FREEHILL.COM>; Kuffler, Alfred <akuffler@mmwr.com>
**Subject:** RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

Exh. 1                                                                                                          1 of 4

**CAUTION EXTERNAL EMAIL**

Good morning,

Thank you, all. We will set the continuation of settlement discussions for **March 31, 2025, beginning at 9:30 am**. The Zoom link is below.

In addition, Judge Aslan would like to schedule brief *ex-parte* calls with counsel ahead of the conference. She is available on **March 28th from 8:30-9:30 and 12:30-1:30**. Please respond with the time works best for each party. If an essential party was not included in this email, please let us know.

-------

Judge Aslan is inviting you to a scheduled ZoomGov meeting.

Topic: SC: Hawthorne Indus. Prods. Inc., et al. v. M/V Tac, RDB-22-1376 & Hawthorne Indus. Prods. Inc., et al. v. PICC Prop. Cas. Co. Ltd., RDB-23-3248
Time: Mar 31, 2025 09:30 AM Eastern Time (US and Canada)
Join ZoomGov Meeting
https://www.zoomgov.com/j/1619565729?pwd=aPlxmoeKxb1AqfDAjhV19wUZNKaiwQ.1

Meeting ID: 161 956 5729
Passcode: 379022

---

One tap mobile
+16692545252,,1619565729# US (San Jose)
+16469641167,,1619565729# US (US Spanish Line)



The Chambers of the Honorable Erin Aslan
United States Magistrate Judge
U.S. District Court for the District of Maryland
410.962.3555

**From:** Imran Shaukat <ishaukat@millsblack.com>
**Sent:** Tuesday, March 4, 2025 4:48 PM
**To:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; DEHART, MICHAEL <Dehart@FREEHILL.COM>; Kuffler, Alfred <akuffler@mmwr.com>
**Subject:** Re: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

**CAUTION - EXTERNAL:**

Dear Judge Aslan,

Counsel have conferred and we confirm that the parties are available on March 31 to continue settlement discussions.

Respectfully,
Imran Shaukat

**Imran O. Shaukat**
Mills Black LLP
1215 19th Street, NW
Washington, DC 20036

Main: +1 (202) 967-4100
Direct: +1 (202) 967-4105
Mobile: +1 (410) 707-2540
Email: ishaukat@millsblack.com
**\*Admitted in MD and Washington DC**

---

**From:** Imran Shaukat <ishaukat@millsblack.com>
**Date:** Friday, February 28, 2025 at 12:13 PM
**To:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>, DEHART, MICHAEL <Dehart@FREEHILL.COM>, Kuffler, Alfred <akuffler@mmwr.com>
**Subject:** Re: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

Dear Judge Aslan,

On behalf of Plaintiffs, we are still confirming availability of our client representatives for March 31 or April 3. We expect to have confirmation shortly and will advise the Court as soon as possible.

Respectfully,
Imran Shaukat

**Imran O. Shaukat**
Mills Black LLP
1215 19th Street, NW
Washington, DC 20036

Main: +1 (202) 967-4100
Direct: +1 (202) 967-4105
Mobile: +1 (410) 707-2540
Email: ishaukat@millsblack.com
**\*Admitted in MD and Washington DC**

Exh. 1                                                                                              3 of 4

**From:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Date:** Tuesday, February 25, 2025 at 12:56 PM
**To:** Smith, Joseph <Joe.Smith@thompsonhine.com>, Imran Shaukat <ishaukat@millsblack.com>, DEHART, MICHAEL <Dehart@FREEHILL.COM>, Kuffler, Alfred <akuffler@mmwr.com>
**Subject:** 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

Good afternoon,

Just reaching out to see if the parties have selected a date for continuing settlement discussions with Judge Aslan – either March 31 or April 3, 2025.

Please advise. Thank you.



The Chambers of the Honorable Erin Aslan
United States Magistrate Judge
U.S. District Court for the District of Maryland
410.962.3555

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

------------------------------------------------
PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Exh. 1                                                                                    4 of 4

**Subject:** RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

**Date:** Monday, March 31, 2025 at 3:08:25 PM Eastern Daylight Time

**From:** DEHART, MICHAEL

**To:** MDD_EAChambers, Imran Shaukat

**CC:** 'Kuffler, Alfred', 'Li, Pingshan', 'Smith, Joseph', 'Gus Themelis'

**Attachments:** image002.jpg, image003.png

Dear Judge Aslan,

On behalf of Vessel Defendants, we confirm that the material terms set forth below capture the agreement, subject to the following minor clarifications:

- For sake of good order, please confirm that the term "Cargo Plaintiffs" includes Hawthorne and all parties on whose behalf Hawthorne is acting as agent in this matter.

- We ask that PICC also confirm for sake of good order that the general mutual release in bullet point # 3 will apply to all potential claims by PICC against the Vessel Interests arising out of or related to any alleged subrogation to the claims of Cargo Plaintiffs being settled as per this agreement.

Respectfully submitted,
Mike Dehart

**MICHAEL J. DEHART**
**FREEHILL HOGAN & MAHAR LLP**
80 Pine Street, New York, N.Y. 10005-1759
Tel: 212-381-3022
Fax: 212-425-1901
E-mail: dehart@freehill.com
Cell: 443-878-8153

**From:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Sent:** Monday, March 31, 2025 2:59 PM
**To:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>; 'Imran Shaukat' <ishaukat@millsblack.com>
**Cc:** 'Kuffler, Alfred' <akuffler@mmwr.com>; 'Li, Pingshan' <Pingshan.Li@thompsonhine.com>; 'Smith, Joseph' <Joe.Smith@thompsonhine.com>; DEHART, MICHAEL <Dehart@FREEHILL.COM>
**Subject:** RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

Please see the below clarification offered by the PICC Defendants in red and reply all to this email thread to confirm your understanding and agreement.

**From:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Sent:** Monday, March 31, 2025 2:48 PM

Exh. 2                                                                                    1 of 5

**To:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>; 'Imran Shaukat' <ishaukat@millsblack.com>
**Cc:** 'Kuffler, Alfred' <akuffler@mmwr.com>; 'Li, Pingshan' <Pingshan.Li@thompsonhine.com>; 'Smith, Joseph' <Joe.Smith@thompsonhine.com>; 'DEHART, MICHAEL' <Dehart@FREEHILL.COM>
**Subject:** RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

Counsel:

This email serves to memorialize the material terms of the agreement the parties reached to resolve the above-listed cases during today's settlement conference.  Please review the below terms and reply-all to confirm your understanding and agreement.  Upon receipt of your confirmatory emails, I will ask Judge Bennett's Chambers to enter a 90-day Rule 111 Order.  The agreement will be formalized via written settlement documents during that 90-day period.

- Payment of $4.1 million from the Vessel Defendants to the Cargo Plaintiffs within 21 days of the date the formal settlement agreement is executed
- Payment of $5.7 million from the PICC Defendants to the Cargo Plaintiffs within 15 days of the date the formal settlement agreement is executed
- The Cargo Plaintiffs, the Vessel Defendants, and the PICC Defendants agree to general mutual releases of any and all remaining claims related to or arising out of the two above-listed civil actions pending in the U.S. District Court for the District of Maryland; the claims relating to Hold 2 were settled previously and were resolved in a separate settlement agreement among the Cargo Plaintiffs and the PICC Defendants; this agreement does not address the claims currently pending in Qingdao Maritime Court.
- The Cargo Plaintiffs agree to an indemnity that they are the sole owners of the claims being settled as part of this agreement and are the correct parties in interest to advance those claims
- The Vessel Defendants and the PICC Defendants consent to the jurisdiction of the U.S. District Court for the District of Maryland to resolve any dispute related to this settlement agreement and/or enforcement of the settlement agreement

Thank you for your engagement today.

Regards,
Judge Aslan



Erin Aslan
U.S. Magistrate Judge
U.S. District Court for the District of Maryland
Chambers 7B – (410) 962-3555

---

**From:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Sent:** Wednesday, March 5, 2025 11:27 AM
**To:** Imran Shaukat <ishaukat@millsblack.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; DEHART, MICHAEL <Dehart@FREEHILL.COM>; Kuffler, Alfred <akuffler@mmwr.com>
**Subject:** RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

CAUTION EXTERNAL EMAIL
Good morning,

Thank you, all. We will set the continuation of settlement discussions for **March 31, 2025, beginning at 9:30 am**. The Zoom link is below.

In addition, Judge Aslan would like to schedule brief *ex-parte* calls with counsel ahead of the conference. She is available on **March 28th from 8:30-9:30 and 12:30-1:30**. Please respond with the time works best for each party. If an essential party was not included in this email, please let us know.

-------
Judge Aslan is inviting you to a scheduled ZoomGov meeting.

Topic: SC: Hawthorne Indus. Prods. Inc., et al. v. M/V Tac, RDB-22-1376 & Hawthorne Indus. Prods. Inc., et al. v. PICC Prop. Cas. Co. Ltd., RDB-23-3248
Time: Mar 31, 2025 09:30 AM Eastern Time (US and Canada)
Join ZoomGov Meeting
https://www.zoomgov.com/j/1619565729?pwd=aPlxmoeKxb1AqfDAjhV19wUZNKaiwQ.1

Meeting ID: 161 956 5729
Passcode: 379022

---

One tap mobile
+16692545252,,1619565729# US (San Jose)
+16469641167,,1619565729# US (US Spanish Line)



The Chambers of the Honorable Erin Aslan
United States Magistrate Judge
U.S. District Court for the District of Maryland
410.962.3555

**From:** Imran Shaukat <ishaukat@millsblack.com>
**Sent:** Tuesday, March 4, 2025 4:48 PM
**To:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; DEHART, MICHAEL <Dehart@FREEHILL.COM>; Kuffler, Alfred <akuffler@mmwr.com>
**Subject:** Re: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

<mark>CAUTION - EXTERNAL:</mark>

Dear Judge Aslan,

Counsel have conferred and we confirm that the parties are available on March 31 to continue settlement discussions.

Respectfully,
Imran Shaukat

**Imran O. Shaukat**
Mills Black LLP
1215 19th Street, NW
Washington, DC 20036

Main: +1 (202) 967-4100
Direct: +1 (202) 967-4105
Mobile: +1 (410) 707-2540
Email: ishaukat@millsblack.com
**\*Admitted in MD and Washington DC**

---

**From:** Imran Shaukat <ishaukat@millsblack.com>
**Date:** Friday, February 28, 2025 at 12:13 PM
**To:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>, DEHART, MICHAEL <Dehart@FREEHILL.COM>, Kuffler, Alfred <akuffler@mmwr.com>
**Subject:** Re: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

Dear Judge Aslan,

On behalf of Plaintiffs, we are still confirming availability of our client representatives for March 31 or April 3. We expect to have confirmation shortly and will advise the Court as soon as possible.

Respectfully,
Imran Shaukat

**Imran O. Shaukat**
Mills Black LLP
1215 19th Street, NW
Washington, DC 20036

Main: +1 (202) 967-4100
Direct: +1 (202) 967-4105
Mobile: +1 (410) 707-2540
Email: ishaukat@millsblack.com
**\*Admitted in MD and Washington DC**

---

**From:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Date:** Tuesday, February 25, 2025 at 12:56 PM

Exh. 2                                                                                          4 of 5

**To:** Smith, Joseph <Joe.Smith@thompsonhine.com>, Imran Shaukat <ishaukat@millsblack.com>, DEHART, MICHAEL <Dehart@FREEHILL.COM>, Kuffler, Alfred <akuffler@mmwr.com>
**Subject:** 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

Good afternoon,

Just reaching out to see if the parties have selected a date for continuing settlement discussions with Judge Aslan – either March 31 or April 3, 2025.

Please advise. Thank you.



The Chambers of the Honorable Erin Aslan
United States Magistrate Judge
U.S. District Court for the District of Maryland
410.962.3555

**CAUTION – EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

-----------------------------------------------

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Exh. 2

| | |
|---|---|
| **Subject:** | RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al |
| **Date:** | Monday, March 31, 2025 at 3:30:20 PM Eastern Daylight Time |
| **From:** | Smith, Joseph |
| **To:** | MDD_EAChambers, Kuffler, Alfred, MICHAEL DEHART |
| **CC:** | Imran Shaukat, Li, Pingshan, Gus Themelis |
| **Attachments:** | image001.png |

Confirmed and accepted.

Thank you.

**Joseph A. Smith** | Partner | **Thompson Hine LLP**
**Office:** 202.263.4145 | **Mobile:** 202.680.4356
Joe.Smith@ThompsonHine.com

---

**From:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Sent:** Monday, March 31, 2025 3:29 PM
**To:** Smith, Joseph <Joe.Smith@thompsonhine.com>; Kuffler, Alfred <akuffler@mmwr.com>; MICHAEL
DEHART <Dehart@freehill.com>
**Cc:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>; Imran Shaukat
<ishaukat@millsblack.com>; Li, Pingshan <Pingshan.Li@thompsonhine.com>; Gus Themelis
<gthemelis@tandllaw.com>
**Subject:** RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty
Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

**CAUTION EXTERNAL EMAIL**

Thank you.  Can you please also confirm that your client understands and accepts the below-listed material
term sheet?



Erin Aslan
U.S. Magistrate Judge
U.S. District Court for the District of Maryland
Chambers 7B – (410) 962-3555

---

**From:** Smith, Joseph <Joe.Smith@thompsonhine.com>
**Sent:** Monday, March 31, 2025 3:26 PM
**To:** Kuffler, Alfred <akuffler@mmwr.com>; MICHAEL DEHART <Dehart@freehill.com>
**Cc:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>; Imran Shaukat
<ishaukat@millsblack.com>; Li, Pingshan <Pingshan.Li@thompsonhine.com>; Gus Themelis
<gthemelis@tandllaw.com>
**Subject:** RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty
Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

**CAUTION - EXTERNAL:**

Exh. 3                                                                                          1 of 7

Sorry for delay. We are good and confirmed as to Point #2 raised by the Vessel.

Thanks,
Joe

**Joseph A. Smith** | Partner | **Thompson Hine LLP**
**Office:** 202.263.4145 | **Mobile:** 202.680.4356
Joe.Smith@ThompsonHine.com

---

**From:** Kuffler, Alfred <akuffler@mmwr.com>
**Sent:** Monday, March 31, 2025 3:13 PM
**To:** MICHAEL DEHART <Dehart@freehill.com>
**Cc:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>; Imran Shaukat
<ishaukat@millsblack.com>; Li, Pingshan <Pingshan.Li@thompsonhine.com>; Smith, Joseph
<Joe.Smith@thompsonhine.com>; Gus Themelis <gthemelis@tandllaw.com>
**Subject:** Re: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty
Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

CAUTION EXTERNAL EMAIL

We confirm that "Cargo Plaintiffs includes both Hawthorne for its own account and all those for whom it has acted
as agent

Alfred J Kuffler
Sent from my iPhone

On Mar 31, 2025, at 3:08 PM, DEHART, MICHAEL <Dehart@freehill.com> wrote:

**CAUTION** External Email

Dear Judge Aslan,

On behalf of Vessel Defendants, we confirm that the material terms set forth below
capture the agreement, subject to the following minor clarifications:

1. For sake of good order, please confirm that the term "Cargo Plaintiffs" includes
   Hawthorne and all parties on whose behalf Hawthorne is acting as agent in this
   matter.

2. We ask that PICC also confirm for sake of good order that the general mutual release
   in bullet point # 3 will apply to all potential claims by PICC against the Vessel
   Interests arising out of or related to any alleged subrogation to the claims of Cargo
   Plaintiffs being settled as per this agreement.

Respectfully submitted,

Exh. 3                                                                           2 of 7

Mike Dehart

**Michael J. Dehart**
**Freehill Hogan & Mahar LLP**
80 Pine Street, New York, N.Y. 10005-1759
Tel: 212-381-3022
Fax: 212-425-1901
E-mail: dehart@freehill.com
Cell: 443-878-8153

**From:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Sent:** Monday, March 31, 2025 2:59 PM
**To:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>; 'Imran Shaukat'
<ishaukat@millsblack.com>
**Cc:** 'Kuffler, Alfred' <akuffler@mmwr.com>; 'Li, Pingshan'
<Pingshan.Li@thompsonhine.com>; 'Smith, Joseph' <Joe.Smith@thompsonhine.com>;
DEHART, MICHAEL <Dehart@FREEHILL.COM>
**Subject:** RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property
Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al
v. M/V Tac Imola et al

Please see the below clarification offered by the PICC Defendants in red and reply all to this
email thread to confirm your understanding and agreement.

**From:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Sent:** Monday, March 31, 2025 2:48 PM
**To:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>; 'Imran Shaukat'
<ishaukat@millsblack.com>
**Cc:** 'Kuffler, Alfred' <akuffler@mmwr.com>; 'Li, Pingshan'
<Pingshan.Li@thompsonhine.com>; 'Smith, Joseph' <Joe.Smith@thompsonhine.com>;
'DEHART, MICHAEL' <Dehart@FREEHILL.COM>
**Subject:** RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property
Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al
v. M/V Tac Imola et al

Counsel:

This email serves to memorialize the material terms of the agreement the parties reached to
resolve the above-listed cases during today's settlement conference.  Please review the below
terms and reply-all to confirm your understanding and agreement.  Upon receipt of your
confirmatory emails, I will ask Judge Bennett's Chambers to enter a 90-day Rule 111 Order.  The
agreement will be formalized via written settlement documents during that 90-day period.

1. Payment of $4.1 million from the Vessel Defendants to the Cargo Plaintiffs within 21 days
   of the date the formal settlement agreement is executed
2. Payment of $5.7 million from the PICC Defendants to the Cargo Plaintiffs within 15 days
   of the date the formal settlement agreement is executed
3. The Cargo Plaintiffs, the Vessel Defendants, and the PICC Defendants agree to general
   mutual releases of any and all remaining claims related to or arising out of the two above-
   listed civil actions pending in the U.S. District Court for the District of Maryland; the claims

Exh. 3

3 of 7

relating to Hold 2 were settled previously and were resolved in a separate settlement agreement among the Cargo Plaintiffs and the PICC Defendants; this agreement does not address the claims currently pending in Qingdao Maritime Court.

4. The Cargo Plaintiffs agree to an indemnity that they are the sole owners of the claims being settled as part of this agreement and are the correct parties in interest to advance those claims

5. The Vessel Defendants and the PICC Defendants consent to the jurisdiction of the U.S. District Court for the District of Maryland to resolve any dispute related to this settlement agreement and/or enforcement of the settlement agreement

Thank you for your engagement today.

Regards,
Judge Aslan

<image002.jpg>

Erin Aslan
U.S. Magistrate Judge
U.S. District Court for the District of Maryland
Chambers 7B – (410) 962-3555

---

**From:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Sent:** Wednesday, March 5, 2025 11:27 AM
**To:** Imran Shaukat <ishaukat@millsblack.com>
**Cc:** Smith, Joseph <Joe.Smith@thompsonhine.com>; DEHART, MICHAEL <Dehart@FREEHILL.COM>; Kuffler, Alfred <akuffler@mmwr.com>
**Subject:** RE: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

CAUTION EXTERNAL EMAIL

Good morning,

Thank you, all. We will set the continuation of settlement discussions for **March 31, 2025, beginning at 9:30 am**. The Zoom link is below.

In addition, Judge Aslan would like to schedule brief *ex-parte* calls with counsel ahead of the conference. She is available on **March 28th from 8:30-9:30 and 12:30-1:30**. Please respond with the time works best for each party. If an essential party was not included in this email, please let us know.

-------
Judge Aslan is inviting you to a scheduled ZoomGov meeting.

Topic: SC: Hawthorne Indus. Prods. Inc., et al. v. M/V Tac, RDB-22-1376 & Hawthorne Indus. Prods. Inc., et al. v. PICC Prop. Cas. Co. Ltd., RDB-23-3248
Time: Mar 31, 2025 09:30 AM Eastern Time (US and Canada)
Join ZoomGov Meeting
https://www.zoomgov.com/j/1619565729?pwd=aPlxmoeKxb1AqfDAjhV19wUZNKaiwQ.1

Meeting ID: 161 956 5729
Passcode: 379022

---

One tap mobile
+16692545252,,1619565729# US (San Jose)
+16469641167,,1619565729# US (US Spanish Line)

<image003.png>

---

**From:** Imran Shaukat <[ishaukat@millsblack.com](mailto:ishaukat@millsblack.com)>
**Sent:** Tuesday, March 4, 2025 4:48 PM
**To:** MDD_EAChambers <[MDD_EAChambers@mdd.uscourts.gov](mailto:MDD_EAChambers@mdd.uscourts.gov)>
**Cc:** Smith, Joseph <[Joe.Smith@thompsonhine.com](mailto:Joe.Smith@thompsonhine.com)>; DEHART, MICHAEL <[Dehart@FREEHILL.COM](mailto:Dehart@FREEHILL.COM)>; Kuffler, Alfred <[akuffler@mmwr.com](mailto:akuffler@mmwr.com)>
**Subject:** Re: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

<mark>**CAUTION - EXTERNAL:**</mark>

Dear Judge Aslan,

Counsel have conferred and we confirm that the parties are available on March 31 to continue settlement discussions.

Respectfully,
Imran Shaukat

**Imran O. Shaukat**
[Mills Black LLP](#)
1215 19th Street, NW
Washington, DC 20036

Main: [+1 (202) 967-4100](tel:+12029674100)
Direct: [+1 (202) 967-4105](tel:+12029674105)
Mobile: [+1 (410) 707-2540](tel:+14107072540)
Email: [ishaukat@millsblack.com](mailto:ishaukat@millsblack.com)
**\*Admitted in MD and Washington DC**

---

**From:** Imran Shaukat <[ishaukat@millsblack.com](mailto:ishaukat@millsblack.com)>
**Date:** Friday, February 28, 2025 at 12:13 PM
**To:** MDD_EAChambers <[MDD_EAChambers@mdd.uscourts.gov](mailto:MDD_EAChambers@mdd.uscourts.gov)>
**Cc:** Smith, Joseph <[Joe.Smith@thompsonhine.com](mailto:Joe.Smith@thompsonhine.com)>, DEHART, MICHAEL <[Dehart@FREEHILL.COM](mailto:Dehart@FREEHILL.COM)>,

Exh. 3

Kuffler, Alfred <akuffler@mmwr.com>
**Subject:** Re: 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

Dear Judge Aslan,

On behalf of Plaintiffs, we are still confirming availability of our client representatives for March 31 or April 3. We expect to have confirmation shortly and will advise the Court as soon as possible.

Respectfully,
Imran Shaukat

**Imran O. Shaukat**
Mills Black LLP
1215 19th Street, NW
Washington, DC 20036

Main: +1 (202) 967-4100
Direct: +1 (202) 967-4105
Mobile: +1 (410) 707-2540
Email: ishaukat@millsblack.com
**\*Admitted in MD and Washington DC**

---

**From:** MDD_EAChambers <MDD_EAChambers@mdd.uscourts.gov>
**Date:** Tuesday, February 25, 2025 at 12:56 PM
**To:** Smith, Joseph <Joe.Smith@thompsonhine.com>, Imran Shaukat <ishaukat@millsblack.com>, DEHART, MICHAEL <Dehart@FREEHILL.COM>, Kuffler, Alfred <akuffler@mmwr.com>
**Subject:** 1:23-cv-03248-RDB Hawthorne Industrial Products Inc. et al v. PICC Property Casualty Company Limited and 1:22-cv-01376-RDB Hawthorne Industrial Products Inc. et al v. M/V Tac Imola et al

Good afternoon,

Just reaching out to see if the parties have selected a date for continuing settlement discussions with Judge Aslan – either March 31 or April 3, 2025.

Please advise. Thank you.

<image003.png>

**CAUTION – EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

---

-----------------------------------------------

Exh. 3

PLEASE NOTE: The information contained in this message is privileged and confidential, and is intended only for the use of the individual named above and others who have been specifically authorized to receive such. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you received this communication in error, or if any problems occur with transmission, please notify us immediately by telephone - (212) 425-1900. Thank you.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Exh. 3