IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| HAWTHORNE INDUSTRIAL PRODUCTS INC., *et al.*,<br><br>     Plaintiffs,<br>v.<br><br>PICC PROPERTY AND CASUALTY COMPANY LIMITED<br><br>     Defendant. | Civil Action No. RDB-23-03248 |
| HAWTHORNE INDUSTRIAL PRODUCTS INC., *et al.*,<br><br>     Plaintiffs,<br>v.<br><br>M/V TAC IMOLA et. al,<br><br>     Defendants. | Civil Action No. RDB-22-01376 |

# **ORDER**

UPON CONSIDERATION of the Motion to Enforce the March 31, 2025 Settlement filed by Plaintiffs Hawthorne Industrial Products, Inc., Genesis Products Inc., Great Lakes Lamination, Great Lakes Forest Products. And Fusion Wood Products, (collectively "Plaintiffs") and any opposition thereto, it is this ___ day of _____,2025, hereby:

**ORDERED**, that Plaintiffs' Motion to Enforce the March 31, 2025 Settlement be and hereby is **GRANTED**; and it is further

**ORDERED**, that the material terms of the settlement, as confirmed by the parties at the conclusion of the March 31, 2025 Settlement Conference, are:

- Payment of $4.1 million from the Vessel Defendants to the Cargo Plaintiffs within 21 days of the date the formal settlement agreement is executed;

- Payment of $5.7 million from the PICC Defendants to the Cargo Plaintiffs within 15 days of the date the formal settlement agreement is executed and PICC receives t agreed additional closing documentation;
- The Cargo Plaintiffs, the Vessel Defendants, and the PICC Defendants agree to general mutual releases of any and all claims related to or arising out of the two above-listed civil actions pending in the U.S. District Court for the District of Maryland
    - That the term 'Cargo Plaintiffs" include Hawthorne and all parties on whose behalf Hawthorne is acting as agent in this matter,"
    - That the general mutual release will apply to all potential claims by PICC against the Vessel interests arising out of or related to any alleged subrogation to the claims of Cargo Plaintiffs being settled;
- The Cargo Plaintiffs agree to an indemnity that they are the sole owners of the claims being settled as part of this agreement and are the correct parties in interest to advance those claims
- The Vessel Defendants and the PICC Defendants consent to the jurisdiction of the U.S. District Court for the District of Maryland to resolve any dispute related to this settlement agreement and/or enforcement of the settlement agreement: and it is further

**ORDERED**, that Defendant PICC Property and Casualty Company Limited d/b/a PICC Property and Casualty Company Limited Qingdao Branch shall pay interest on the settlement amount of $9,800,000 at the current prime rate of 7.5 percent from March 31, 2025 to the date of payment to Cargo Plaintiffs.

It is so ordered.

_____
The Honorable Richard D. Bennett,
United States District Court for the District of Maryland

-2-